# Notice Recipients

District/Off: 0970–2       User: admin       Date Created: 05/25/2026

Case: 2:26–bk–05144–MCW       Form ID: nprose       Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db     ELIZABETH ANN NAYLOR      11440 N. 69TH ST.      SCOTTSDALE, AZ 85254

jdb     RONALD STEPHEN OWENS      11440 N. 69TH ST.      SCOTTSDALE, AZ 85254

TOTAL: 2