2

FILED USBC PHX
2026 MAY 22 PM 3:25

## United States Bankruptcy Court
### District of Arizona

26 - 0 5 1 4 4

In re    **Elizabeth Ann Naylor**
       **Ronald Stephen Owens**

Debtor(s)

Case No.

Chapter    **11**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

## MAILING LIST DECLARATION

We, **Elizabeth Ann Naylor and Ronald Stephen Owens** , do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of **1** page(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:    **May 22, 2026**

/s/ Elizabeth Ann Naylor
**Elizabeth Ann Naylor**
Signature of Debtor

Date:    **May 22, 2026**

/s/ Ronald Stephen Owens
**Ronald Stephen Owens**
Signature of Debtor

Date:    **May 22, 2026**

Signature of Attorney

MML_Requirements_8-2018

MML-3

Naylor, Elizabeth and Ronald - 1

ENLAR
25 PHILLIPS BLVD
RENTON NJ 08618-1430


ARAH AND CHRISTIAN NARVARRO


ELECT PORFOLIO SERVICING, LLC
815 S. WEST TEMPLE
ALT LAKE CITY UT 84115