

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Elizabeth Ann Naylor** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ronald Stephen Owens** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **26 - 05144**

FILED USBC PHX
2026 MAY 22 PM 3:25

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
**12/15**

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Cenlar
425 Phillips Blvd
Trenton, NJ 08618-1430

What is the nature of the claim? _____ **$215,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

☐ No
■ Yes. Total claim (secured and unsecured) **$215,000.00**
    Value of security: - **$1,500,000.00**
    Unsecured claim **$215,000.00**

Contact _____

Contact phone _____

**2**

Select Porfolio Servicing, LLC
3815 S. West Temple
Salt Lake City, UT 84115

What is the nature of the claim?    11440 N. 69th St
Scottsdale, AZ 85254
Maricopa County    **$190,076.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

| Contact | ■ Yes. Total claim (secured and unsecured) | $1,690,076.00 |
| | Value of security: | - $1,500,000.00 |
| Contact phone | Unsecured claim | $190,076.00 |

**Part 2:**    **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X    /s/ Elizabeth Ann Naylor                          X    /s/ Ronald Stephen Owens
     **Elizabeth Ann Naylor**                              **Ronald Stephen Owens**
     Signature of Debtor 1                                 Signature of Debtor 2

     Date    **May 22, 2026**                                Date    **May 22, 2026**