FORM ostatrjh
REVISED 07/15/2014

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Case No.: 2:26–bk–05144–MCW

ELIZABETH ANN NAYLOR
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254
SSAN: xxx–xx–6688
EIN:

Chapter: 11

RONALD STEPHEN OWENS
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254
SSAN: xxx–xx–3273
EIN:

Debtor(s)

## NOTICE AND ORDER SETTING CHAPTER 11 STATUS CONFERENCE

Pursuant to 11 U.S.C. § 105(d), a status conference will be held on 7/7/26 at 10:30 AM at the **U.S. Bankruptcy Court**, 230 N. First Avenue, 7th Floor, Courtroom 702, Phoenix, AZ. Counsel for the debtor in possession shall appear at the status conference prepared to address the following issues:

1. The nature of the debtor's operations, the factors leading to the filing of chapter 11, and the status of the debtor's postpetition operations.
2. Whether the debtor is current on filing monthly operating reports, paying U.S. Trustee's fees, and paying ordinary course post–petition expenses and lease payments.
3. All issues and disputes that must be resolved by litigation or negotiation before a plan of reorganization can be filed or confirmed, and any other impediments to the filing of a plan.
4. The status of any pending litigation involving the debtor.
5. The setting of hearings on use of cash collateral, utility issues, lease assumptions or rejections, and/or exclusivity (see §§ 363(c)(2), 365(d)(3) and (4), 366(b) and 1121(d)).
6. Whether debtor is a small business or whether the case qualifies as a single asset real estate.
7. A deadline for the filing of a plan and disclosure statement.
8. A deadline for the filing of proofs of claim and interests.

The debtor is directed to mail a copy of this notice and order to the U.S. Trustee, to all counsel who have appeared in this case or in any related contested matter or adversary proceeding, to all secured creditors, to all lessors of real property, to all members of the creditors' committee if one has been created and it does not have counsel, and to the 20 largest unsecured creditors if no committee has been appointed.

Date: May 26, 2026

BY THE COURT

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

**Honorable Madeleine C Wanslee**
United States Bankruptcy Judge