# Notice Recipients

District/Off: 0970–2          User: admin                    Date Created: 5/26/2026

Case: 2:26–bk–05144–MCW       Form ID: ostatrjh              Total: 3

**Recipients of Notice of Electronic Filing:**
ust      U.S. TRUSTEE        USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       ELIZABETH ANN NAYLOR        11440 N. 69TH ST.        SCOTTSDALE, AZ 85254
jdb      RONALD STEPHEN OWENS        11440 N. 69TH ST.        SCOTTSDALE, AZ 85254

TOTAL: 2