ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2617
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ELIZABETH ANN NAYLOR and RONALD STEPHEN OWENS, | ) Case No. 2:26-bk-05144-MCW |
| | ) |
| | ) **NOTICE OF APPEARANCE** |
| Debtors. | ) |
| | ) |
| _____ | ) |

      PLEASE TAKE NOTICE of the appearance of the undersigned counsel, Jennifer A. Giaimo, as counsel for the United States Trustee ("UST") in the above-captioned matter.  The UST requests that notice of all proceedings and copies of all pleadings in the above-captioned bankruptcy case be served upon the UST directed to Jennifer A. Giaimo, Trial Attorney, Office of the United States Trustee, 230 N. 1st Avenue, Suite 204, Phoenix, Arizona, 85003, at Jennifer.A.Giaimo@usdoj.gov.

RESPECTFULLY SUBMITTED this 27th day of May, 2026

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ JAG (NY #2520005)

_____
JENNIFER A. GIAIMO
Trial Attorney

**CERTIFICATE OF SERVICE**

This is to certify that on May 27, 2026, a copy of the foregoing pleading was served on the Debtors by first class mail to the following address:

ELIZABETH ANN NAYLOR
RONALD STEPHEN OWENS
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254

/s/ Christopher Stewart

_____
CHRISTOPHER STEWART

-2-