In re:

Case No. 26-05144-MCW

ELIZABETH ANN NAYLOR

Chapter 11

RONALD STEPHEN OWENS

Debtors

# CERTIFICATE OF NOTICE

| District/off: 0970-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: ostatrjh | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + ELIZABETH ANN NAYLOR, RONALD STEPHEN OWENS, 11440 N. 69TH ST., SCOTTSDALE, AZ 85254-5101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

**Name**      **Email Address**

U.S. TRUSTEE

     USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 1

FORM ostatrjh
REVISED 07/15/2014

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                          Case No.: 2:26−bk−05144−MCW

    ELIZABETH ANN NAYLOR                Chapter: 11
    11440 N. 69TH ST.
    SCOTTSDALE, AZ 85254
    SSAN: xxx−xx−6688
    EIN:

    RONALD STEPHEN OWENS
    11440 N. 69TH ST.
    SCOTTSDALE, AZ 85254
    SSAN: xxx−xx−3273
    EIN:

Debtor(s)

## NOTICE AND ORDER SETTING CHAPTER 11 STATUS CONFERENCE

Pursuant to 11 U.S.C. § 105(d), a status conference will be held on 7/7/26 at 10:30 AM at the **U.S. Bankruptcy Court**, 230 N. First Avenue, 7th Floor, Courtroom 702, Phoenix, AZ. Counsel for the debtor in possession shall appear at the status conference prepared to address the following issues:

1. The nature of the debtor's operations, the factors leading to the filing of chapter 11, and the status of the debtor's postpetition operations.
2. Whether the debtor is current on filing monthly operating reports, paying U.S. Trustee's fees, and paying ordinary course post−petition expenses and lease payments.
3. All issues and disputes that must be resolved by litigation or negotiation before a plan of reorganization can be filed or confirmed, and any other impediments to the filing of a plan.
4. The status of any pending litigation involving the debtor.
5. The setting of hearings on use of cash collateral, utility issues, lease assumptions or rejections, and/or exclusivity (see §§ 363(c)(2), 365(d)(3) and (4), 366(b) and 1121(d)).
6. Whether debtor is a small business or whether the case qualifies as a single asset real estate.
7. A deadline for the filing of a plan and disclosure statement.
8. A deadline for the filing of proofs of claim and interests.

The debtor is directed to mail a copy of this notice and order to the U.S. Trustee, to all counsel who have appeared in this case or in any related contested matter or adversary proceeding, to all secured creditors, to all lessors of real property, to all members of the creditors' committee if one has been created and it does not have counsel, and to the 20 largest unsecured creditors if no committee has been appointed.

Date: May 26, 2026                              BY THE COURT

Address of the Bankruptcy Clerk's Office:       **Honorable Madeleine C Wanslee**
U.S. Bankruptcy Court, Arizona                  United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov