# TIFFANY & BOSCO
### P.A.

**TWENTY FOURTH FLOOR CENTRAL ARTS PLAZA**
**1850 NORTH CENTRAL AVENUE**
**PHOENIX, ARIZONA 85004**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant
26-09619-CE-AZ

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 11 |
| Elizabeth Ann Naylor and Ronald Stephen Owens | Case No. 2:26-bk-05144-MCW |
| Debtors. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

Alliant Credit Union, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

DATED this 2nd day of June, 2026.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

By: /s/ Leonard J. McDonald #(014228)
   Mark S. Bosco
   Leonard J. McDonald
   Attorneys for Movant

COPY of the foregoing mailed
June 2, 2026 to:

Elizabeth Ann Naylor and Ronald Stephen Owens
11440 N. 69Th St.
Scottsdale, AZ 85254
Debtors

ZCHAPTER 11 FMC
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: Jesse Ference