

## MAILING LIST DECLARATION

Debtor(s)' Name(s)

Ronald Stephen Owens

Elizabeth Ann Naylor

Case No. 2:26-bk-05144-MCW

☑ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

I, Ronald Stephen Owens & Elizabeth Naylor, do hereby certify, under penalty of perjury, that the
Mailing List, consisting of ____6____ page(s), is complete, correct and consistent with the debtor(s)'
Schedules.

Dated: 5/27/26

Ronald Stephen Owens /s/

(Debtor)

Elizabeth Ann Naylor /s/

(Attorney, if applicable)

(Joint Debtor)

MML_Requirements_8-2018

MML-3

BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BANNER HEALTH
PO BOX 741275
LOS ANGELES CA 90074-1275

BASCULE EQUINE UNDERWRITING
PO BOX 2502
WESTFIELD NJ 07090

CAPITAL ONE BANK
PO BOX 31293
SALT LAKE CITY UT 84131-1293

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE NA
SUCC BY MERGER TO DISCOVER
PO BOX 3025
NEW ALBANY OH 43054-3025

CAROLYN BECKER
23702 TURTLE COVE
LAGUNA NIGUEL CA 92677

CENLAR FSB
CO ALDRIDGE PITE LLP
3333 CAMINO DEL RIO S STE 225
SAN DIEGO CA 92108

CITI CARDS
5800 S CORPORATE PLACE
CITY OF INDUSTRY CA 91716-0701

CITI CARDS
PO BOX 6789
SIOUX FALLS SD 57117-6789

HDI GLOBAL INSURANCE COMPANY
CO GB COLLECTS LLC
1253 HADDONFIELD BERLIN RD
VOORHEES NJ 08043-4847

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-9617

JEREMIAH HARRIS
PO BOX 1918
CAVE CREEK AZ 85327

JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON DE 19850

JPMORGAN CHASE BANK
CO THE MOORE LAW GROUP
PO BOX 25145
SANTA ANA CA 92799

JPMORGAN CHASE BANK NA
CO NATIONAL BANKRUPTCY SVCS LLC
PO BOX 9013
ADDISON TX 75001

LOU SPIVACK
5447 E 5TH STREET 205
TUCSON AZ 85711

MACYS CBNA
PO BOX 8113
MASON OH 45040

MARICOPA COUNTY TREASURER
301 W JEFFERSON ST SUITE 100
PHOENIX AZ 85003-2199

MARK NAYLOR AND DR DALE GUNN
12 SAN RAFAEL
SANTA FE NM 87506

NET CREDIT
200 W JACKSON BLVD SUITE 2
CHICAGO IL 60606

THE MOORE LAW GROUP
PO BOX 25145
SANTA ANA CA 92799-5145

THEKEY
PO BOX 736438
DALLAS TX 75373-6438

TRACTOR SUPPLY
PO BOX 70602
PHILADELPHIA PA 19176

US BANK TRUST COMPANY NA
2525 E CAMELBACK RD 7TH FLOOR
PHOENIX AZ 85016

UPSTART
2950 S DELAWARE STREET STE 410
SAN MATEO CA 94403

UPSTART NETWORK INC
PO BOX 1931
BURLINGAME CA 94011

UPSTART NETWORK INC
CO PERITUS PORTFOLIO SVCS II
PO BOX 1149
GRAPEVINE TX 76099

WELLS FARGO BANK
PO BOX 5058
PORTLAND OR 97208-5058

ZWICKER AND ASSOCIATES
PO BOX 10069
SCOTTSDALE AZ 85271