# Notice Recipients

District/Off: 0970–2          User: admin          Date Created: 6/2/2026

Case: 2:26–bk–05144–MCW       Form ID: van094bk    Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      ELIZABETH ANN NAYLOR      11440 N. 69TH ST.      SCOTTSDALE, AZ 85254

jdb      RONALD STEPHEN OWENS      11440 N. 69TH ST.      SCOTTSDALE, AZ 85254

                                                  TOTAL: 2