Elizabeth Ann Naylor and Ronald Stephen Owens
11440 N. 69th Street
Scottsdale, Arizona 85254
*Debtors in Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:
ELIZABETH ANN NAYLOR and
RONALD STEPHEN OWENS,
               Debtors

Case No. 2:26-bk-05144-MCW
Chapter 11
Honorable Madeleine C. Wanslee

**ORDER GRANTING DEBTORS' MOTION FOR EXTENSION OF TIME TO FILE
SCHEDULES AND ALL OTHER REQUIRED DOCUMENTS**

The Court having considered Debtors' Motion for Extension of Time to File Schedules
and All Other Required Documents (the "Motion"); the Court having reviewed the verified
statements submitted in support thereof; and the Court having found:

(i) that good cause exists within the meaning of Fed. R. Bankr. P. 1007(c), in that the
petition was filed on an emergency basis to prevent an imminent foreclosure sale; that
counsel who had given assurances of filing the next day withdrew those assurances on the
morning of May 22, 2026, leaving Debtors with no alternative but to file pro se; that the
primary debtor is disabled with Parkinson's disease of twenty-five years' duration, a
cancer diagnosis, and serious heart disease; and that Debtors have demonstrated good
faith by promptly seeking this extension;

(ii) that the extension constitutes a reasonable modification of court procedures under
Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132, consistent with
Tennessee v. Lane, 541 U.S. 509 (2004); and

(iii) that no creditor or party in interest will be prejudiced;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for Debtors to file all schedules, the statement of financial affairs, the Declaration of Debtor with No Attorney (Docket No. 17), and all other documents required by Federal Rule of Bankruptcy Procedure 1007(b) is extended from June 5, 2026 to and including June 26, 2026.

SIGNED AND DATED ABOVE.

_____
Honorable Madeleine C. Wanslee
United States Bankruptcy Judge