**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

In re:

Chapter: _____

Case No: _____

Debtor(s)

**DECLARATION UNDER PENALTY OF**
**PERJURY FOR DEBTOR(S) WITHOUT AN ATTORNEY**

The debtor(s) shall answer the following questions:

1.  Did you pay or promise to pay someone to help in preparing the documents for your bankruptcy filing:
    ☐ Yes   ☐ No

2.  If "yes", please give the following information about that person(s):
    Name:_____
    Address:_____
    City/State/Zip:_____
    Telephone No:_____

3.  What amount did you pay or promise to pay for this help?  (Fill in the blanks)

    Money:  Paid_____   Will Pay_____

    Personal Property or Services paid: (please explain):_____
    _____

4.  Did you make <u>any payments</u> to the preparer for Court costs in connection with the filing of the bankruptcy?  ☐ Yes   ☐ No.  If yes, how much $ _____.

I declare under penalty of perjury that the above statements are true.

*Ronald Stephen Owens*                          *Elizabeth Ann Naylor*
Debtor's Signature                                   Joint Debtor Signature

_____      _____
Print Name                                           Print Name

_____      _____
Address                                              Address

**Warning:  It is a federal crime to file a document containing false information in a federal court proceeding.  Penalty for false declarations:  Fine of not more than $250,000 or imprisonment for not more than 5 years or both.  18 U.S.C. § 152 and § 3571.**

Local Form 1007-3 (08/18)      Declaration of Debtor Without An Attorney                Page 1