IN RE:  CASE NO.: 2:26-bk-05144-MCW
CHAPTER 11

**Elizabeth Ann Naylor,**
**Debtor.**

**Ronald Stephen Owens,**
**Joint Debtor.**

_____/

## <u>REQUEST FOR SERVICE</u>

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR COLT 2024-3 MORTGAGE LOAN TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Shellie Labell
    Shellie Labell
    Email: slabell@raslg.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on June 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ELIZABETH ANN NAYLOR
11440 NORTH 69TH STREET
SCOTTSDALE, AZ 85254

RONALD STEPHEN OWENS
11440 NORTH 69TH STREET
SCOTTSDALE, AZ 85254

**JENNIFER A. GIAIMO**
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVE., #204
PHOENIX, AZ 85003-1706

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

By: /s/ Amber Matas