IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:
ELIZABETH ANN NAYLOR and
RONALD STEPHEN OWENS,
                    Debtors

Case No. 2:26-bk-05144-MCW
Chapter 11
Honorable Madeleine C. Wanslee

**ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED HEARING ON EMERGENCY MOTION TO EXTEND AUTOMATIC STAY**

The Debtors-in-Possession having filed an Emergency Motion to Extend Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B) and a Motion for Expedited Hearing thereon pursuant to Local Rule 9013-1(i), and the Court having reviewed the Motion for Expedited Hearing and finding good cause based on the statutory requirement of 11 U.S.C. § 362(c)(3)(B) that the hearing be completed before June 21, 2026,

IT IS ORDERED granting the Motion for Expedited Hearing and setting an expedited hearing on _____, 2026 at _____ in Courtroom 702 of the United States Bankruptcy Court, District of Arizona, located at 230 N. First Avenue, Phoenix, Arizona 85003.

Any objection or response to the Stay Motion shall be filed no later than _____, 2026.

Any reply shall be filed no later than _____, 2026.

IT IS FURTHER ORDERED that Debtors shall, within one (1) business day of entry of this Order, serve a copy of this Order together with the Stay Motion and all supporting

documents upon all parties entitled to notice, and file a Certificate of Service confirming such service.

DATED: _____

_____
HON. MADELEINE C. WANSLEE
Chief United States Bankruptcy Judge