Elizabeth Ann Naylor and Ronald Stephen Owens
11440 N. 69th Street
Scottsdale, Arizona 85254
*Debtors in Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:
ELIZABETH ANN NAYLOR and
RONALD STEPHEN OWENS,
    Debtors

Case No. 2:26-bk-05144-MCW
Chapter 11
Honorable Madeleine C. Wanslee

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served true and correct copies of the documents in this case as follows:

1. On June 8, 2026, the Emergency Motion to Extend Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B) (Docket No. 32), the Motion for Expedited Hearing, and all supporting documents were served on each of the parties listed below by first-class U.S. mail.

2. On June 11, 2026, the Order Granting Debtors' Motion for Expedited Hearing on Emergency Motion to Extend Automatic Stay, entered by the Court on June 11, 2026, setting the hearing for June 18, 2026, at 2:30 p.m., was served on each of the same parties listed below by first-class U.S. mail.

> Jennifer A. Giaimo, Esq.
> Office of the United States Trustee
> 230 N. First Avenue, Suite 204
> Phoenix, AZ 85003
>
> Shellie Labell, Esq.
> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Attorneys for U.S. Bank Trust Company, N.A., as Trustee for COLT 2024-3
> 13010 Morris Road, Suite 450
> Alpharetta, GA 30004

Leonard J. McDonald, Esq.
Tiffany & Bosco, P.A.
Attorneys for Alliant Credit Union
1850 N. Central Avenue, 24th Floor
Phoenix, AZ 85004

*By:*

/s/  Ronald Stephen Owens
RONALD STEPHEN OWENS
*Pro Se*
11440 N 69th Street
Scottsdale, AZ 85254

/s/  Elizabeth Ann Naylor
ELIZABETH ANN NAYLOR
Debtor-in-Possession, Pro Se
11440 N 69th Street
Scottsdale, AZ 85254