**SO ORDERED.**

**Dated: June 11, 2026**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Chief Bankruptcy Judge**

ELIZABETH ANN NAYLOR and
RONALD STEPHEN OWENS,

     Debtors.

Chapter 11
Case No. 2:26-bk-05144-MCW

### ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED HEARING ON EMERGENCY MOTION TO EXTEND AUTOMATIC STAY

The Debtors-in-Possession having filed an Emergency Motion to Extend Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B) and a Motion for Expedited Hearing thereon pursuant to Local Rule 9013-1(i), and the Court having reviewed the Motion for Expedited Hearing and finding good cause based on the statutory requirement of 11 U.S.C. § 362(c)(3)(B) that the hearing be completed before June 21, 2026,

IT IS ORDERED granting the Motion for Expedited Hearing and setting an expedited hearing on **June 18, 2026 at 2:30 p.m.** in Courtroom 702 of the United States Bankruptcy Court, District of Arizona, located at 230 N. First Avenue, Phoenix, Arizona 85003.

Any objection or response to the Stay Motion shall be filed no later than June 15, 2026 at 5:00 p.m.

Any reply shall be filed no later than June 17, 2026 at 5:00 p.m.

IT IS FURTHER ORDERED that Debtors shall, within one (1) business day of entry of this Order, serve a copy of this Order together with the Stay Motion and all supporting documents upon all parties entitled to notice, and file a Certificate of Service confirming such service.

**DATED AND SIGNED ABOVE**