FORM–ADMRESC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                    Case No.: 2:26–bk–05144–MCW

ELIZABETH ANN NAYLOR                      Chapter: 11
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254
SSAN: xxx–xx–6688
EIN:

RONALD STEPHEN OWENS
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254
SSAN: xxx–xx–3273
EIN:

Debtor(s)

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 6/18/2026 at 2:30 PM has been vacated.

This matter has been RESCHEDULED for hearing on 6/18/26 at 10:30 AM at 230 N. First Avenue, 7th Floor, Courtroom 702, Phoenix, AZ before the Honorable Madeleine C Wanslee to consider and act upon the following matter:

EXPEDITED HEARING ON DEBTORS' EMERGENCY MOTION TO EXTEND AUTOMATIC STAY

Date: June 15, 2026

Address of the Bankruptcy Clerk's Office:          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                  Khadijia V. White–Thomas
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov