ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Mobile: (202) 590-8699
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings under Chapter 11 |
| ELIZABETH ANN NAYLOR | Case No. 2:26-bk-05144-MCW |
| and | UNITED STATES TRUSTEE'S MOTION TO AUTHORIZE REMOTE APPEARANCE AT HEARING ON DEBTOR'S EMERGENCY MOTION TO CONTINUE THE SECTION 362(a) STAY |
| RONALD STEPHEN OWENS, | |
| Debtors. | |
| | Hearing Date: June 18, 2026 |
| | Hearing Time: 10:30 a.m. |

The United States Trustee for the District of Arizona (the "UST"), respectfully

requests this Court permit undersigned counsel to appear remotely  (preferably by

videoconference) at the hearing on the *Debtor's Emergency Motion to Continue the*

*Section 362(a) Stay* (Dkt. #32) (the "Motion").

Undersigned counsel will be out of town on the date of the hearing, but she is

available to appear remotely, and due to her knowledge of the case she would like to be

the attorney from the UST's office to present her Objection to the Motion.

WHEREFORE, the UST respectfully requests that this Court authorize the UST to appear by videoconference at the hearing on Motion.

RESPECTFULLY SUBMITTED this 15th day of June 2026.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


/s/ JAG (NY #2520005)
JENNIFER A. GIAIMO
Trial Attorney

Copy of the foregoing e-mailed
June 15, 2026 to:

Elizabeth Ann Naylor
11440 N. 69th St.
Scottsdale, AZ 85254
Email: elizabeth@lizmaxinvestments.com

Ronald Stephen Owens
11440 N. 69th St.
Scottsdale, AZ 85254
Email: ronnsowens@gmail.com

Leonard J. McDonald, Esq.
Tiffany & Bosco, P.A.
Attorneys for Alliant Credit Union
1850 N. Central Avenue, 24th Floor
Phoenix, AZ 85004
Email: ljm@tblaw.com

Shellie LaBell
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Email: slabell@raslr.com