IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ELIZABETH ANN NAYLOR<br><br>and<br><br>RONALD STEPHEN OWENS,<br><br>Debtors. | In Proceedings under of Chapter 11<br><br>Case No. 2:26-bk-05144-MCW<br><br>ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO AUTHORIZE REMOTE APPEARANCE AT HEARING ON DEBTOR'S EMERGENCY MOTION TO CONTINUE THE SECTION 362(a) STAY |

This Court having received and considered the *Motion to Authorize Remote Appearance at Hearing on the Debtor's Emergency Motion to Continue the Section 362(a) Stay* (the "Motion") filed by the United States Trustee for the District of Arizona (the "UST") in the above captioned case, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion and authorizing the UST to appear by videoconference at the 10:30 a.m. hearing on June 18, 2026.

**DATED AND SIGNED ABOVE**