Elizabeth Ann Naylor and Ronald Stephen Owens
11440 N. 69th Street
Scottsdale, Arizona 85254
*Debtors in Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:
ELIZABETH ANN NAYLOR and
RONALD STEPHEN OWENS,
                 Debtors

Case No. 2:26-bk-05144-MCW
Chapter 11
Honorable Madeleine C. Wanslee

**NOTICE OF DEBTORS' CONTACT INFORMATION**

Debtors Elizabeth Ann Naylor and Ronald Stephen Owens, appearing pro se as

Debtors-in-Possession, hereby provide the following contact information for all purposes in this

case, including service of pleadings, notices, and communications:

       Elizabeth Ann Naylor
       11440 N. 69th Street
       Scottsdale, Arizona 85254
       Email: elizabeth@lizmaxinvestments.com
       Phone: (415) 999-9956

       Ronald Stephen Owens
       11440 N. 69th Street
       Scottsdale, Arizona 85254
       Email: ronnsowens@gmail.com
       Phone: (415) 999-9956

Debtors respectfully request that all parties and the Court use the email addresses above

as the primary means of contact and will receive time-sensitive notices more reliably by email

than by first class mail.

Respectfully submitted,

Dated: June 15, 2026

/s/  Ronald Stephen Owens
RONALD STEPHEN OWENS
*Pro Se*
11440 N 69th Street
Scottsdale, AZ 85254

/s/  Elizabeth Ann Naylor
ELIZABETH ANN NAYLOR
Debtor-in-Possession, Pro Se
11440 N 69th Street
Scottsdale, AZ 85254