

Madeleine C. Wanslee

**Madeleine C. Wanslee, Chief Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) |
| | ) In Proceedings under of Chapter 11 |
| ELIZABETH ANN NAYLOR | ) |
| | ) Case No. 2:26-bk-05144-MCW |
| and | ) |
| | ) ORDER GRANTING UNITED STATES |
| RONALD STEPHEN OWENS, | ) TRUSTEE'S MOTION TO |
| | ) AUTHORIZE REMOTE |
| | ) APPEARANCE AT HEARING ON |
| | ) DEBTOR'S EMERGENCY MOTION |
| Debtors. | ) TO CONTINUE THE SECTION 362(a) |
| | ) STAY |
| | ) |

This Court having received and considered the *Motion to Authorize Remote Appearance at Hearing on the Debtor's Emergency Motion to Continue the Section 362(a) Stay* (the "Motion") filed by the United States Trustee for the District of Arizona (the "UST") in the above captioned case, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion and authorizing the UST to appear by videoconference at the 10:30 a.m. hearing on June 18, 2026.

**DATED AND SIGNED ABOVE**