# TIFFANY & BOSCO
### P.A.

**Twenty Fourth Floor Central Arts Plaza**
**1850 North Central Avenue**
**PHOENIX, ARIZONA 85004**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant

26-09619-CE-AZ

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 11 |
| Elizabeth Ann Naylor and Ronald Stephen Owens Debtors. | Case No. 2:26-bk-05144-MCW |
| Alliant Credit Union | CERTIFICATE OF SERVICE |
| Secured Creditor, vs. | RE: Real Property Located at 11440 N 69th St Scottsdale, AZ 85254 |
| Elizabeth Ann Naylor and Ronald Stephen Owens, Debtors, ZCHAPTER 11 FMC. | |
| Respondents. | |

NOTICE IS HEREBY GIVEN that the above Secured Creditor has filed an Objection to Debtor's Emergency Motion to Extend the Automatic Stay Pursuant to 11 U.S.C. § 362(c)(3)(B).


TIFFANY & BOSCO, P.A.


By  /s/ Leonard J. McDonald #014228
     Mark S. Bosco
     Leonard J. McDonald
     Attorneys for Movant

Copy of the foregoing was
mailed this 16th day of June, 2026.

Elizabeth Ann Naylor and Ronald Stephen Owens
11440 N. 69Th St.
Scottsdale, AZ 85254
Debtors

Jennifer A. Giaimo
Office Of The U.S. Trustee
230 N. First Ave., #204
Phoenix, AZ 85003-1706

Select Portfolio Servicing, LLC
3815 S. West Temple
Salt Lake City, UT 84115

Christian George Alfonso Navarro
Sarah Owens
11440 N 69th St
Scottsdale AZ 85254

By:  Jesse Ference