# TIFFANY & BOSCO
### P.A.
**TWENTY FOURTH FLOOR CENTRAL ARTS PLAZA**
**1850 NORTH CENTRAL AVENUE**
**PHOENIX, ARIZONA 85004**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant
26-09619-CE-AZ

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Elizabeth Ann Naylor and Ronald Stephen Owens<br><br>Debtors.<br><br>Alliant Credit Union<br><br>Secured Creditor,<br>vs.<br><br>Elizabeth Ann Naylor and Ronald Stephen Owens, Debtors; ZCHAPTER 11 FMC, Trustee.<br><br>Respondents. | Chapter 11<br><br>Case No. 2:26-bk-05144-MCW<br><br>(Related to Docket #)<br><br>**NOTICE OF WITHDRAW OF OBJECTION TO DEBTORS' EMERGENCY MOTION TO EXTEND AUTOMATIC STAY**<br><br>RE: Real Property Located at<br>11440 N 69th St<br>Scottsdale, AZ 85254 |

Secured Creditor, Alliant Credit Union, by its attorney undersigned, hereby withdraws its Objection to Debtors' Emergency Motion To Extend Automatic Stay without prejudice.

DATED this 17th day of June, 2026.

           Respectfully submitted,
           TIFFANY & BOSCO, P.A.

           By: /s/ Leonard J. McDonald #(014228)
               Mark S. Bosco
               Leonard J. McDonald
               Attorneys for Movant

COPY of the foregoing mailed
June 17, 2026 to:

Elizabeth Ann Naylor and Ronald Stephen Owens
11440 N. 69Th St.
Scottsdale, AZ 85254
Debtors

Jennifer A. Giaimo
Office Of The U.S. Trustee
230 N. First Ave., #204
Phoenix, AZ 85003-1706

Select Portfolio Servicing, LLC
3815 S. West Temple
Salt Lake City, UT 84115

Christian George Alfonso Navarro
Sarah Owens
11440 N 69th St
Scottsdale AZ 85254

By: Jesse Ference