United States Bankruptcy Court

District of Arizona

In re:                                                          Case No. 26-05144-MCW

ELIZABETH ANN NAYLOR                                            Chapter 11

RONALD STEPHEN OWENS

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2                    User: admin                   Page 1 of 3

Date Rcvd: Jun 15, 2026             Form ID: admresc            Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | ELIZABETH ANN NAYLOR, RONALD STEPHEN OWENS, 11440 N. 69TH ST., SCOTTSDALE, AZ 85254-5101 |
| 18189082 | + | BASCULE EQUINE UNDERWRITING, PO BOX 2502, WESTFIELD NJ 07091-2502 |
| 18189086 | + | CAROLYN BECKER, 23702 TURTLE COVE, LAGUNA NIGUEL CA 92677-1676 |
| 18179695 | | CENLAR, 25 PHILLIPS BLVD, TRENTON NJ 08618-1430 |
| 18189088 | | CITI CARDS, 5800 S CORPORATE PLACE, CITY OF INDUSTRY CA 91716-0701 |
| 18179697 | + | ELECT PORFOLIO SERVICING, LLC, 815 S. WEST TEMPLE, SALT LAKE CITY UT 84101 |
| 18189090 | | HDI GLOBAL INSURANCE COMPANY, CO GB COLLECTS LLC, 1253 HADDONFIELD BERLIN RD, VOORHEES NJ 08043-4847 |
| 18189092 | + | JEREMIAH HARRIS, PO BOX 1918, CAVE CREEK AZ 85327-1918 |
| 18189094 | + | JPMORGAN CHASE BANK, CO THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18189096 | + | LOU SPIVACK, 5447 E 5TH STREET 205, TUCSON AZ 85711-2346 |
| 18189102 | | THEKEY, PO BOX 736438, DALLAS TX 75373-6438 |
| 18189107 | + | UPSTART NETWORK INC, CO PERITUS PORTFOLIO SVCS II, PO BOX 1149, GRAPEVINE TX 76099-1149 |
| 18189104 | + | US BANK TRUST COMPANY NA, 2525 E CAMELBACK RD 7 TH FLOOR, PHOENIX AZ 85016-9239 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 15 2026 23:07:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 18189439 | + | Email/Text: bankruptcy2006@apsc.com | Jun 15 2026 23:08:20 | APS, P.O. BOX 53933, M/S 3209, Phoenix, Arizona 85072-3933 |
| 18189079 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 15 2026 23:06:00 | BANK OF AMERICA NA, PO BOX 31785, TAMPA FL 33631-3785 |
| 18189080 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 15 2026 23:06:00 | BANK OF AMERICA NA, PO BOX 673033, DALLAS TX 75267-3033 |
| 18189081 | | Email/Text: PBMBadDebt@bannerhealth.com | Jun 15 2026 23:07:00 | BANNER HEALTH, PO BOX 741275, LOS ANGELES CA 90074-1275 |
| 18189083 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2026 23:16:22 | CAPITAL ONE BANK, PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 18189084 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2026 23:16:22 | CAPITAL ONE NA, BY AIS INFOSOURCE LP AS AGENT, PO BOX 71083, CHARLOTTE NC 28272-1083 |
| 18189085 | | Email/Text: mrdiscen@discover.com | Jun 15 2026 23:07:00 | CAPITAL ONE NA, SUCC BY MERGER TO DISCOVER, PO BOX 3025, NEW ALBANY OH 43054-3025 |
| 18189087 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 15 2026 23:07:00 | CENLAR FSB, CO ALDRIDGE PITE LLP, 3333 |

CAMINO DEL RIO S STE 225, SAN DIEGO CA 92108-3808

| 18189089 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2026 23:16:09 | CITI CARDS, PO BOX 6789, SIOUX FALLS SD 57117-6789 |
|---|---|---|---|
| 18187713 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2026 23:16:13 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 18189091 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 15 2026 23:08:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD MN 56302-9617 |
| 18189093 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2026 23:16:13 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON DE 19850-5369 |
| 18189095 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 15 2026 23:07:00 | JPMORGAN CHASE BANK NA, CO NATIONAL BANKRUPTCY SVCS LLC, PO BOX 9013, ADDISON TX 75001-9013 |
| 18189097 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2026 23:16:26 | MACYS CBNA, PO BOX 8113, MASON OH 45040-8113 |
| 18189098 | Email/Text: trssvc.judgments@maricopa.gov | Jun 15 2026 23:07:00 | MARICOPA COUNTY TREASURER, 301 W JEFFERSON ST SUITE 100, PHOENIX AZ 85003-2199 |
| 18189100 | + Email/Text: netcreditbnc@enova.com | Jun 15 2026 23:08:00 | NET CREDIT, 200 W JACKSON BLVD SUITE 2, CHICAGO IL 60606-6910 |
| 18189113 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2026 23:16:08 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 18189101 | Email/Text: closures@collectmoore.com | Jun 15 2026 23:07:00 | THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18189103 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2026 23:16:18 | TRACTOR SUPPLY, PO BOX 70602, PHILADELPHIA PA 19176-0602 |
| 18194430 | + Email/Text: RASEBN@raslg.com | Jun 15 2026 23:07:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 18189105 | + Email/Text: UpStart@ebn.phinsolutions.com | Jun 15 2026 23:08:00 | UPSTART, 2950 S DELAWARE STREET STE 410, SAN MATEO CA 94403-2577 |
| 18189106 | + Email/Text: UpStart@ebn.phinsolutions.com | Jun 15 2026 23:08:00 | UPSTART NETWORK INC, PO BOX 1931, BURLINGAME CA 94011-1931 |
| 18189108 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 15 2026 23:16:05 | WELLS FARGO BANK, PO BOX 5058, PORTLAND OR 97208-5058 |
| 18189109 | Email/Text: bkfilings@zwickerpc.com | Jun 15 2026 23:08:00 | ZWICKER AND ASSOCIATES, PO BOX 10069, SCOTTSDALE AZ 85271 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | ZCHAPTER 11 FMC |
| cr | | Alliant Credit Union |
| 18179696 | | ARAH AND CHRISTIAN NARVARRO |
| 18189099 | ##+ | MARK NAYLOR AND DR DALE GUNN, 12 SAN RAFAEL, SANTA FE NM 87506-7529 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JENNIFER A. GIAIMO | on behalf of U.S. Trustee U.S. TRUSTEE Jennifer.A.Giaimo@usdoj.gov |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor Alliant Credit Union ecf@tblaw.com |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                                    Case No.: 2:26−bk−05144−MCW

ELIZABETH ANN NAYLOR                         Chapter: 11
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254
SSAN: xxx−xx−6688
EIN:

RONALD STEPHEN OWENS
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254
SSAN: xxx−xx−3273
EIN:

Debtor(s)

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 6/18/2026 at 2:30 PM has been vacated.

This matter has been RESCHEDULED for hearing on 6/18/26 at 10:30 AM at 230 N. First Avenue, 7th Floor, Courtroom 702, Phoenix, AZ before the Honorable Madeleine C Wanslee to consider and act upon the following matter:

EXPEDITED HEARING ON DEBTORS' EMERGENCY MOTION TO EXTEND AUTOMATIC STAY

Date: June 15, 2026

Address of the Bankruptcy Clerk's Office:              Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                       Khadijia V. White−Thomas
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov