United States Bankruptcy Court
District of Arizona

In re:                                                          Case No. 26-05144-MCW

ELIZABETH ANN NAYLOR                                            Chapter 11

RONALD STEPHEN OWENS

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2                    User: admin                      Page 1 of 1

Date Rcvd: Jun 17, 2026                 Form ID: pdf008                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb              +   ELIZABETH ANN NAYLOR, RONALD STEPHEN OWENS, 11440 N. 69TH ST., SCOTTSDALE, AZ 85254-5101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

**Name                   Email Address**

CHRISTOPHER JAMES DUTKIEWICZ
                        on behalf of Creditor Alliant Credit Union ecfazb@aldridgepite.com
                        april@azdebtattorney.com,dutkiewicz.christopherj.r102207@notify.bestcase.com,dmbankruptcylawgroupllc@jubileebk.net,dutkie
                        wicz.christopherj.r102207@notify.bestcase.com

JENNIFER A. GIAIMO
                        on behalf of U.S. Trustee U.S. TRUSTEE Jennifer.A.Giaimo@usdoj.gov

LEONARD J. MCDONALD, JR.
                        on behalf of Creditor Alliant Credit Union ecf@tblaw.com

TOTAL: 3

SO ORDERED.

Dated: June 17, 2026



*Madeleine C. Wanslee*

**Madeleine C. Wanslee, Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

| | |
|---|---|
| **ELIZABETH ANN NAYLOR AND RONALD STEPHEN OWENS.** | Chapter 11<br><br>Case No. 2:26-bk-05144-MCW<br><br>**ORDER GRANTING DEBTOR'S MOTION TO APPEAR VIA VIDEOCONFERENCE** |
| Debtor(s). | |

The Court having received the Debtors' *Motion for Authorization to Appear by Videoconference at the Hearing on Emergency Motion to Extend Automatic Stay* ("Motion") (Dkt. No. 49) requesting permission to appear via videoconference using the zoom.gov platform for the hearing scheduled on June 18, 2026 at 10:30 AM, and good cause appearing, the Court will grant Debtors' Motion. Accordingly,

**IT IS ORDERED** granting Debtors' Motion. Debtors are authorized to appear remotely on this matter on **June 18, 2026 at 10:30 AM** by visiting: https://www.zoomgov.com/j/16026824253?pwd=a3hMUWVpa3VQLzR2bHdJK0NmYTFMdz09, and using Meeting ID: 160 268 24253, Passcode 425399 for both.

**DATED AND SIGNED ABOVE**

-1-

**COPY** of the foregoing mailed by the BNC and/or sent by auto-generated mail to:

Elizabeth Ann Naylor
11440 N. 69th St.
Scottsdale, AZ 85254

Ronald Stephen Owens
11440 N. 69th St.
Scottsdale, AZ 85254

-2-