Chris Dutkiewicz (SBN 024962)
**ALDRIDGE PITE, LLP**
3333 Camino del Rio
South Suite 225
San Diego CA 92108 Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for: Alliant Credit Union

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 |
|---|---|
| ELIZABETH ANN NAYLOR and RONALD STEPHEN OWENS, | Case No. 2:26-bk-05144-MCW |
| Debtor(s). | **NOTICE OF WITHDRAWAL OF ALLIANT CREDIT UNION REQUEST FOR SPECIAL NOTICE** |

TO: DEBTOR, CHAPTER 11 TRUSTEE, and all interested parties:

NOTICE OF HEREBY GIVEN that the Request for Special Notice filed by Alliant Credit Union, on June 17, 2026 (Docket No. 48), is hereby withdrawn.

Dated: June 23, 2026        ALDRIDGE PITE, LLP

                         *By:/s/ Chris Dutkiewicz (*(SBN 024962)
                         Attorneys for Alliant Credit Union

- 1 -

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

CASE NO. 2:26-bk-05144-MCW

CERTIFICATE OF SERVICE

I, Michelle Krecklow, declare that:

I am employed by Aldridge Pite, LLP. My business address is 3333 Camino del Rio South, Suite 225 San Diego, CA 92108. I am over the age of eighteen years and not a party to this cause.

On June 23, 2026, I caused the following document:

- **WITHDRAWAL OF REQUEST FOR NOTICE**

to be served in said cause by electronic means via e-mail through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows:

**DEBTOR**
**(via U.S. Mail)**
ELIZABETH ANN NAYLOR RONALD STEPHEN OWENS
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254

**US TRUSTEE**
JENNIFER A. GIAIMO
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVE., #204
PHOENIX, AZ 85003-1706
602-682-2600
Email: Jennifer.A.Giaimo@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2026    /s/ *Michelle Krecklow*
         MICHELLE KRECKLOW

- 2 -