IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:
ELIZABETH ANN NAYLOR and
RONALD STEPHEN OWENS,
                    Debtors

Case No. 2:26-bk-05144-MCW
Chapter 11
Honorable Madeleine C. Wanslee

## ORDER GRANTING DEBTORS' MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO 11 U.S.C. § 1112(b)(1)

This matter came before the Court on the Motion for Voluntary Dismissal Pursuant to 11 U.S.C. § 1112(b)(1) (the "Motion") filed by Debtors Elizabeth Ann Naylor and Ronald Stephen Owens. The Court, having reviewed the Motion, any responses filed, and the record of this case, and good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this Chapter 11 case, Case No. 2:26-bk-05144-MCW, is DISMISSED pursuant to 11 U.S.C. § 1112(b)(1).

IT IS FURTHER ORDERED that the dismissal is WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the § 341 meeting of creditors scheduled for June 30, 2026 is VACATED.

IT IS FURTHER ORDERED that the Initial Debtor Interview scheduled for July 1, 2026 at 9:00 a.m. is VACATED.

IT IS FURTHER ORDERED that the amended schedules deadline of June 26, 2026 and the United States Trustee's compliance document production deadline of

June 25, 2026, having been held in abeyance pending disposition of the Motion, are now VACATED.

IT IS FURTHER ORDERED that the Court's Section 105 temporary stay imposed by Order entered June 18, 2026 shall remain in continuous effect from June 18, 2026 through entry of this Order, including any period during which this Motion was pending.

IT IS FURTHER ORDERED that any unpaid filing fee balance and any quarterly United States Trustee fees that may be due shall be paid in due course.

DATED: _____

_____

HONORABLE MADELEINE C. WANSLEE
CHIEF UNITED STATES BANKRUPTCY JUDGE