United States Bankruptcy Court

District of Arizona

In re:                                                                                    Case No. 26-05144-MCW

ELIZABETH ANN NAYLOR                                                       Chapter 11

RONALD STEPHEN OWENS

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2                                User: admin                                Page 1 of 1

Date Rcvd: Jun 25, 2026                     Form ID: pdf008                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**                **Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

**Recip ID**                   **Recipient Name and Address**
db/jdb                    + ELIZABETH ANN NAYLOR, RONALD STEPHEN OWENS, 11440 N. 69TH ST., SCOTTSDALE, AZ 85254-5101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                            Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

**Name**                         **Email Address**

CHRISTOPHER JAMES DUTKIEWICZ
           on behalf of Creditor Alliant Credit Union ecfazb@aldridgepite.com
           april@azdebtattorney.com,dutkiewicz.christopherj.r102207@notify.bestcase.com,dmbankruptcylawgroupllc@jubileebk.net,dutkiewicz.christopherj.r102207@notify.bestcase.com

JENNIFER A. GIAIMO
           on behalf of U.S. Trustee U.S. TRUSTEE Jennifer.A.Giaimo@usdoj.gov

LEONARD J. MCDONALD, JR.
           on behalf of Creditor Alliant Credit Union ecf@tblaw.com

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
**MINUTE ENTRY**     Dated: June 25, 2026



*Madeleine C. Wanslee*

Madeleine C. Wanslee, Chief Bankruptcy Judge

## Hearing Information

Bankruptcy Judge:         The Honorable Madeleine C Wanslee
Case Number:              2:26-bk-05144-MCW
Debtor(s):                ELIZABETH ANN NAYLOR and RONALD STEPHEN OWENS
Chapter:                  11
Date and Time:            06/18/2026 10:30 AM
Location(s):              PHX-702
Courtroom Clerk:          Tayler Hall
Electronic Court Recording   Michelle Radicke-Stevenson
Operator:

## Matter(s)

CONTINUED EXPEDITED HEARING ON DEBTORS' EMERGENCY MOTION TO EXTEND AUTOMATIC STAY
R/M #:39

## Appearances

ELIZABETH ANN NAYLOR, DEBTOR
RONALD STEPHEN OWENS, DEBTOR
JENNIFER A. GIAIMO, ATTORNEY FOR U.S. TRUSTEE

## Proceedings

The Court clarifies to the Debtors that the MMM program is not mandatory, and it cannot require the creditor to participate. The Court questions the Debtors' change in circumstances from the prior case.

Ms. Naylor states her position and informs the Court that the 2023 and 2024 tax returns have been filed. She explains that she surrendered a parcel of real property.

COURT: The Court advises the Debtors that they cannot file 29-page responses. The Court further notes the Debtors' lack complete schedules and statements that are necessary to understand the changes and is inclined to grant a short continuance.

Ms. Naylor states that she intends to retain Mr. Yusufov as counsel and is in the process of finding a third party to fund the retainer fee. She responds to the Court's questions and hopes Mr. Yusufov can complete the schedules and statements before the deadline of June 26, 2026.

Ms. Giaimo states that the schedules and statements filed are false, which indicates bad faith. She believes the Court has sufficient grounds to deny the motion. There is no clear and convincing evidence in this case that there has been a change of circumstances. She comments that continuing the hearing is postponing the inevitable and allowing these debtors to continue abusing the system.

Ms. Naylor responds to the Court's questions and comments that the GoFundMe account was set up to try to prevent the bankruptcy filing.

Ms. Giaimo clarifies that a GoFundMe generated approximately $100,000, which was not disclosed in this case. She anticipates addressing it at the 341 meeting of creditors.

COURT: THE COURT FINDS THAT THERE HAS NOT BEEN SUFFICIENT CHANGE IN CIRCUMSTANCES TO GRANT THE REQUESTED RELIEF. HOWEVER, UNDER 11 U.S.C. §§ 105 and 362, THE COURT WILL EXTEND OR IMPOSE A STAY UNTIL FURTHER COURT ORDER.

IT IS FURTHER ORDERED SETTING A CONTINUED HEARING FOR WEDNESDAY, JULY 1, 2026 AT 2:00 PM.

IT IS FURTHER ORDERED THAT THE DEBTORS SHALL EMAIL ANY FILED DOCUMENTS AND THE DOCUMENTS REQUIRED BY THE OFFICE OF THE UST DIRECTLY TO MS. GIAIMO, INCLUDING THE FORTHCOMING AMENDED SCHEDULES AND STATEMENTS.

HONORABLE MADELEINE C. WANSLEE
DATED AND SIGNED ABOVE