**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

In re:

Elizabeth Ann Naylor, and,

Ronald Stephen Owens,

                              Debtor(s).

In Proceedings under Chapter 11

Case No.  2:26-bk-05144-MCW

**§ 341 First Meeting of Creditors Minute Sheet**

**Date:**  June 30, 2026

**Time:**  9:00 a.m.

Debtor Present:  ■ YES ☐ NO          Presiding Officer:  Jennifer A. Giaimo

Debtor's Address:  _____

Appearance by Attorney for Debtor:  Pro Se _____  ☐ YES ■ NO

 Elizabeth Naylor & Ronald Owens _____  Present of Behalf of Debtor

Debtor Representative(s) Sworn and Examined?  ■ YES ☐ NO

Appearances:

| Name | Party Represented |
|------|-------------------|
| 1. _____ | _____ |
| 2. _____ | _____ |
| 3. _____ | _____ |
| 4. _____ | _____ |
| 5. _____ | _____ |

Related Cases:  _____

_____

Schedules Filed? ■ YES ☐ NO   If No, has Order been Entered Extending Time? ☐ Y ☐ N

If No, why have the Schedules not been filed?  _____

_____

When will the Schedules be filed?  _____

☐ Concluded  ■ Continued          **Date:** Thursday, July 16, 2026 at 10:00 a.m. ___

                              **Time:** (AZ) _____

                              **Location:** 888-330-1716, Participate Code 4038524#

☐ Dismiss for Failure to Appear and/or for Failure to File Schedules