# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                                      Case No.: 2:26–bk–05144–MCW

ELIZABETH ANN NAYLOR                                        Chapter: 11
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254
SSAN: xxx–xx–6688
EIN:

RONALD STEPHEN OWENS
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254
SSAN: xxx–xx–3273
EIN:

Debtor(s)

## NOTICE OF HEARING

A hearing in the above–captioned case will be held at the U.S. Bankruptcy Court, **230 N. First Avenue, 7th Floor, Courtroom 702, Phoenix, AZ** before the **Honorable Madeleine C Wanslee** on **8/6/26** at **02:30 PM** to consider and act upon the following matter(s):

Debtors' Motion for Voluntary Dismissal Pursuant to 11 U.S.C. § 1112(b)(1) and Related Relief

Any objection thereto shall be filed on or before Thursday, July 30, 2026.

Date: July 2, 2026

Address of the Bankruptcy Clerk's Office:                  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                          Khadijia V. White–Thomas
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov