# Notice Recipients

District/Off: 0970–2    User: admin    Date Created: 7/2/2026
Case: 2:26–bk–05144–MCW    Form ID: van049    Total: 51

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          ZCHAPTER 11 FMC
cr          Alliant Credit Union
18179696    ARAH AND CHRISTIAN NARVARRO

                                                                    TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust    U.S. TRUSTEE          USTPRegion14.PX.ECF@USDOJ.GOV
aty    CHRISTOPHER JAMES DUTKIEWICZ          ecfazb@aldridgepite.com
aty    JENNIFER A. GIAIMO          Jennifer.A.Giaimo@usdoj.gov
aty    LEONARD J. MCDONALD, JR.          ecf@tblaw.com

                                                                    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          ELIZABETH ANN NAYLOR          11440 N. 69TH ST.          SCOTTSDALE, AZ 85254
jdb         RONALD STEPHEN OWENS          11440 N. 69TH ST.          SCOTTSDALE, AZ 85254
cr          U.S. Bank Trust Company, National Association          Robertson, Anschutz, Schneid, Crane & Pa          13010 Morris Road., Suite 450          Alpharetta, GA 30004
cr          Alliant Credit Union          3333 Camino del Rio South, Suite 225          San Diego, CA 92108 UNITED STATES
18189439    APS          P.O. BOX 53933, M/S 3209          Phoenix, Arizona 85027
18208802    ARIZONA DEPARTMENT OF REVENUE          Office of the Arizona Attorney General          c/o Tax, Bankruptcy and Collection Sct          2005 N Central Ave, Suite 100          Phoenix AZ 85004
18204610    Alliant Credit Union          c/o ALDRIDGE PITE, LLP          3333 Camino del Rio South, Suite 225          San Diego, CA 92108
18189079    BANK OF AMERICA NA          PO BOX 31785          TAMPA FL 33631–3785
18189080    BANK OF AMERICA NA          PO BOX 673033          DALLAS TX 75267–3033
18189081    BANNER HEALTH          PO BOX 741275          LOS ANGELES CA 90074–1275
18189082    BASCULE EQUINE UNDERWRITING          PO BOX 2502          WESTFIELD NJ 07090
18208646    Bank of America, N.A.          PO BOX 31785          Tampa, FL 33631–3785
18189083    CAPITAL ONE BANK          PO BOX 31293          SALT LAKE CITY UT 84131–1293
18189084    CAPITAL ONE NA          BY AIS INFOSOURCE LP AS AGENT          PO BOX 71083          CHARLOTTE NC 28272–1083
18189085    CAPITAL ONE NA          SUCC BY MERGER TO DISCOVER          PO BOX 3025          NEW ALBANY OH 43054–3025
18189086    CAROLYN BECKER          23702 TURTLE COVE          LAGUNA NIGUEL CA 92677
18179695    CENLAR          25 PHILLIPS BLVD          TRENTON NJ 08618–1430
18189087    CENLAR FSB          CO ALDRIDGE PITE LLP          3333 CAMINO DEL RIO S STE 225          SAN DIEGO CA 92108
18189088    CITI CARDS          5800 S CORPORATE PLACE          CITY OF INDUSTRY CA 91716–0701
18189089    CITI CARDS          PO BOX 6789          SIOUX FALLS SD 57117–6789
18187713    Capital One N.A.          by AIS InfoSource LP as agent          PO Box 71083          Charlotte, NC 28272–1083
18179697    ELECT PORFOLIO SERVICING, LLC          815 S. WEST TEMPLE          SALT LAKE CITY UT 84115
18189090    HDI GLOBAL INSURANCE COMPANY          CO GB COLLECTS LLC          1253 HADDONFIELD BERLIN RD          VOORHEES NJ 08043–4847
18189091    JEFFERSON CAPITAL SYSTEMS LLC          PO BOX 7999          ST CLOUD MN 56302–9617
18189092    JEREMIAH HARRIS          PO BOX 1918          CAVE CREEK AZ 85327
18189093    JPMCB CARD SERVICES          PO BOX 15369          WILMINGTON DE 19850
18189094    JPMORGAN CHASE BANK          CO THE MOORE LAW GROUP          PO BOX 25145          SANTA ANA CA 92799
18189095    JPMORGAN CHASE BANK NA          CO NATIONAL BANKRUPTCY SVCS LLC          PO BOX 9013          ADDISON TX 75001
18189096    LOU SPIVACK          5447 E 5TH STREET 205          TUCSON AZ 85711
18189097    MACYS CBNA          PO BOX 8113          MASON OH 45040
18189098    MARICOPA COUNTY TREASURER          301 W JEFFERSON ST SUITE 100          PHOENIX AZ 85003–2199
18189099    MARK NAYLOR AND DR DALE GUNN          12 SAN RAFAEL          SANTA FE NM 87506
18189100    NET CREDIT          200 W JACKSON BLVD SUITE 2          CHICAGO IL 60606
18189113    Resurgent Receivables, LLC          Resurgent Capital Services          PO Box 10587          Greenville, SC 29603–0587
18189101    THE MOORE LAW GROUP          PO BOX 25145          SANTA ANA CA 92799–5145
18189102    THEKEY          PO BOX 736438          DALLAS TX 75373–6438
18189103    TRACTOR SUPPLY          PO BOX 70602          PHILADELPHIA PA 19176
18194430    U.S. Bank Trust Company, National Association          Robertson, Anschutz, Schneid, Crane          13010 Morris Road., Suite 450          Alpharetta, GA 30004
18189105    UPSTART          2950 S DELAWARE STREET STE 410          SAN MATEO CA 94403
18189107    UPSTART NETWORK INC          CO PERITUS PORTFOLIO SVCS II          PO BOX 1149          GRAPEVINE TX 76099
18189106    UPSTART NETWORK INC          PO BOX 1931          BURLINGAME CA 94011

18189104 US BANK TRUST COMPANY NA  2525 E CAMELBACK RD 7 TH FLOOR  PHOENIX AZ 85016
18189108 WELLS FARGO BANK  PO BOX 5058  PORTLAND OR 97208–5058
18189109 ZWICKER AND ASSOCIATES  PO BOX 10069  SCOTTSDALE AZ 85271

TOTAL: 44