Elizabeth Ann Naylor and Ronald Stephen Owens
11440 N. 69th Street
Scottsdale, Arizona 85254
*Debtors in Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:
ELIZABETH ANN NAYLOR and
RONALD STEPHEN OWENS,
                Debtors

Case No. 2:26-bk-05144-MCW
Chapter 11
Honorable Madeleine C. Wanslee

### DEBTORS' MOTION FOR AUTHORIZATION TO APPEAR BY VIRTUALLY

Debtors Elizabeth Ann Naylor and Ronald Stephen Owens, appearing pro se as Debtors-in-Possession, respectfully move this Court pursuant to Judge Wanslee's Procedures Section 2.6.1 for authorization to appear by ZoomGov videoconference at the July 7, 2026 Status Conference. In support, Debtors state as follows:

1. Ronald Stephen Owens is eighty years old. He has lived with Parkinson's disease for twenty-five years, has survived four separate bouts of cancer, carries a current cancer diagnosis, and has serious heart disease. His condition requires daily medical care, medication management, and physical assistance. In-person travel from Scottsdale to the Phoenix courthouse presents a significant medical hardship that his condition does not safely permit.

2. Elizabeth Ann Naylor, age sixty-nine, is Mr. Owens's caregiver. She provides his daily medical care, medication management, and physical assistance.

3. Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132, prohibits public entities — including federal courts — from excluding qualified individuals with disabilities

from participating in their programs and services. Ronald Stephen Owens is a qualified individual with a disability within the meaning of the ADA. Authorization to appear by videoconference is the reasonable accommodation that Title II contemplates for these circumstances, and one that this Court's own videoconference procedures make readily available.

4.  Both Debtors are fully capable of appearing by ZoomGov videoconference. They have access to the necessary technology and are familiar with videoconference proceedings. Their remote appearance will not impair the Court's ability to assess their participation or evaluate the evidence and arguments presented. Debtors will comply with the Court's published Videoconference Hearing Guidelines.

5.  Debtors respectfully request authorization to appear by ZoomGov video conference using the Court's published videoconference information, available at https://www.azb.uscourts.gov/videoconference-hearing-guidelines, or by telephonic appearance using the Court's published dial-in information.

6.  A proposed form of order is uploaded concurrently herewith. Pursuant to Judge Wanslee's Procedures Section 2.6.1, Debtors have concurrently emailed a copy of this Motion and the proposed Order to Courtroom Deputy Tayler Hall at Tayler_Hall@azb.uscourts.gov.

Respectfully submitted,

Dated: July 6, 2026

/s/  Ronald Stephen Owens
RONALD STEPHEN OWENS
*Pro Se*
11440 N 69th Street
Scottsdale, AZ 85254

/s/      Elizabeth Ann Naylor
ELIZABETH ANN NAYLOR
*Pro Se*
11440 N 69th Street
Scottsdale, AZ 85254

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on July 6, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties registered to receive electronic notice through the Court's CM/ECF system, including the parties listed below. A courtesy copy was also transmitted by email to each:

Leonard J. McDonald, Esq.
Tiffany & Bosco, P.A.
Attorneys for Alliant Credit Union
1850 N. Central Avenue, 24th Floor
Phoenix, AZ 85004
Email: ljm@tblaw.com

Shellie LaBell
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Email: slabell@raslr.com

Jennifer A. Giaimo, Esq.
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov

*By:*

/s/  Ronald Stephen Owens
RONALD STEPHEN OWENS
*Pro Se*
11440 N 69th Street
Scottsdale, AZ 85254

/s/  Elizabeth Ann Naylor
ELIZABETH ANN NAYLOR
Debtor-in-Possession, Pro Se
11440 N 69th Street
Scottsdale, AZ 85254