SO ORDERED.

# UNITED STATES BANKRUPTCY COURT
## MINUTE ENTRY

Dated: July 7, 2026



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Chief Bankruptcy Judge**

### *Hearing Information*

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Madeleine C Wanslee |
| Case Number: | 2:26-bk-05144-MCW |
| Debtor(s): | ELIZABETH ANN NAYLOR and RONALD STEPHEN OWENS |
| Chapter: | 11 |
| Date and Time: | 07/01/2026 2:00 PM |
| Location(s): | PHX-702 |
| Courtroom Clerk: | Tayler Hall |
| Electronic Court Recording Operator: | Michelle Radicke-Stevenson |

### *Matter(s)*

CONTINUED EXPEDITED HEARING ON DEBTORS' EMERGENCY MOTION TO EXTEND AUTOMATIC STAY
R/M #:39

### *Appearances*

ELIZABETH ANN NAYLOR, DEBTOR
RONALD STEPHEN OWENS, DEBTOR
JENNIFER A. GIAIMO, ATTORNEY FOR U.S. TRUSTEE

### *Proceedings*

The Court reviewed the parties' recent filings, noting the motion to dismiss is procedurally incorrect and notice must be provided to the creditor body with the opportunity for hearing.

Ms. Naylor informs the Court that the parties have reached an agreement.

Ms. Giaimo states that at the 341 meeting of creditors, the parties agreed that the case may be dismissed, provided the Debtors are barred from refiling any bankruptcy case for one year. She states that she circulated a proposed stipulated order of dismissal to the Debtors and requests that the motion to dismiss be set for hearing. If there is no response, the hearing can be vacated, and her office will upload the proposed stipulated order of dismissal.

COURT: The Court questions whether the estate may contain non-exempt assets that could be recovered if this case is converted to Chapter 7, and notes that if fraud exists as has been alleged, the Debtor could be denied a discharge.

Ms. Giaimo states that her office has considered those issues, including the potential assets related to horses, but she understands that they do not appear to be collectible. She states further investigation would be required for the GoFundMe assets.

Ms. Naylor states that no funds have been transferred via GoFundMe and that all funds have been exhausted.

COURT: THE COURT STATES THAT TRANSFERS THAT ARE MADE SHORTLY BEFORE THE BANKRUPTCY FILING MUST BE DISCLOSED.

IT IS ORDERED DIRECTING THE DEBTORS TO EMAIL MS. GIAIMO A FULL ACCOUNTING OF THE GOFUNDME ACCOUNT, INCLUDING ALL RECEIPTS AND EXPENDITURES, NO

LATER THAN **FRIDAY, JULY 10, 2026.**

IT IS FURTHER ORDERED DIRECTING THE DEBTORS TO COOPERATE WITH THE U.S. TRUSTEE OFFICE AND EMAIL ALL THE INFORMATION NECESSARY FOR THE INITIAL DEBTOR INTERVIEW AND THE 341 MEETING OF CREDITORS TO MS. GIAIMO NO LATER THAN **FRIDAY, JULY 10, 2026.**

IT IS FURTHER ORDERED SETTING A HEARING ON THE DEBTORS' MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO 11 U.S.C. § 1112(b)(1) AND RELATED RELIEF FOR **THURSDAY, AUGUST 6, AT 2:30 PM**. THE COURT WILL PROVIDE NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST.

FURTHER, THE COURT FINDS THAT THE DEBTORS ARE PRESENTLY IN CONTEMPT FOR FAILURE TO ABIDE BY ITS PRIOR ORDERS.

Ms. Naylor requests that the automatic stay be extended due to a pending foreclosure sale scheduled for July 28, 2026. She discusses issues involving the mortgage servicer.

Ms. Giaimo objects to the extension of the stay. The Debtors have not complied with the bankruptcy court's obligations to justify receiving the benefit of the stay.

COURT: THE COURT CLARIFIES THAT ANY DISPUTES WITH THE MORTGAGE SERVICER MUST BE PURSUED VIA AN APPROPRIATE MECHANISM AND IN AN APPROPRIATE FORUM.

FURTHER, THE COURT FINDS THAT DEBTORS HAVE FAILED TO MEET THEIR STATUTORY BURDEN WITH CLEAR AND CONVINCING EVIDENCE. THE COURT CANNOT CONCLUDE THAT THERE WAS A CHANGE IN CIRCUMSTANCES BETWEEN DISMISSAL OF THE PRIOR CHAPTER 13 CASE AND THE FILING OF THIS CASE. AT THIS TIME, THERE IS NO BASIS TO CONTINUE THE AUTOMATIC STAY,

ACCORDINGLY, IT IS FURTHER ORDERED DENYING THE DEBTORS' REQUEST TO EXTEND THE AUTOMATIC STAY. THE COURT WILL SIGN THE MINUTE ENTRY.

HONORABLE MADELEINE C. WANSLEE
DATED AND SIGNED ABOVE

Notice sent through the
Bankruptcy Noticing Center "BNC"
to the following:

ELIZABETH ANN NAYLOR
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254

RONALD STEPHEN OWENS
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254

JENNIFER A. GIAIMO
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVE., #204
PHOENIX, AZ 85003-1706