# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| tr | ZCHAPTER 11 FMC | |
| cr | Alliant Credit Union | |
| 18179696 | ARAH AND CHRISTIAN NARVARRO | |

TOTAL: 3

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | CHRISTOPHER JAMES DUTKIEWICZ | ecfazb@aldridgepite.com |
| aty | LEONARD J. MCDONALD, JR. | ecf@tblaw.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | ELIZABETH ANN NAYLOR | 11440 N. 69TH ST. SCOTTSDALE, AZ 85254 |
| jdb | RONALD STEPHEN OWENS | 11440 N. 69TH ST. SCOTTSDALE, AZ 85254 |
| cr | U.S. Bank Trust Company, National Association | Robertson, Anschutz, Schneid, Crane & Pa 13010 Morris Road., Suite 450 Alpharetta, GA 30004 |
| cr | Alliant Credit Union | 3333 Camino del Rio South, Suite 225 San Diego, CA 92108 UNITED STATES |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION 1600 W. MONROE, 7TH FL. PHOENIX, AZ 85007–2650 |
| 18189439 | APS | P.O. BOX 53933, M/S 3209 Phoenix, Arizona 85027 |
| 18208802 | ARIZONA DEPARTMENT OF REVENUE | Office of the Arizona Attorney General c/o Tax, Bankruptcy and Collection Sct 2005 N Central Ave, Suite 100 Phoenix AZ 85004 |
| 18204610 | Alliant Credit Union | c/o ALDRIDGE PITE, LLP 3333 Camino del Rio South, Suite 225 San Diego, CA 92108 |
| 18189079 | BANK OF AMERICA NA | PO BOX 31785 TAMPA FL 33631–3785 |
| 18189080 | BANK OF AMERICA NA | PO BOX 673033 DALLAS TX 75267–3033 |
| 18189081 | BANNER HEALTH | PO BOX 741275 LOS ANGELES CA 90074–1275 |
| 18189082 | BASCULE EQUINE UNDERWRITING | PO BOX 2502 WESTFIELD NJ 07090 |
| 18208646 | Bank of America, N.A. | PO BOX 31785 Tampa, FL 33631–3785 |
| 18189083 | CAPITAL ONE BANK | PO BOX 31293 SALT LAKE CITY UT 84131–1293 |
| 18189084 | CAPITAL ONE NA | BY AIS INFOSOURCE LP AS AGENT PO BOX 71083 CHARLOTTE NC 28272–1083 |
| 18189085 | CAPITAL ONE NA | SUCC BY MERGER TO DISCOVER PO BOX 3025 NEW ALBANY OH 43054–3025 |
| 18189086 | CAROLYN BECKER | 23702 TURTLE COVE LAGUNA NIGUEL CA 92677 |
| 18179695 | CENLAR | 25 PHILLIPS BLVD TRENTON NJ 08618–1430 |
| 18189087 | CENLAR FSB | CO ALDRIDGE PITE LLP 3333 CAMINO DEL RIO S STE 225 SAN DIEGO CA 92108 |
| 18189088 | CITI CARDS | 5800 S CORPORATE PLACE CITY OF INDUSTRY CA 91716–0701 |
| 18189089 | CITI CARDS | PO BOX 6789 SIOUX FALLS SD 57117–6789 |
| 18187713 | Capital One N.A. | by AIS InfoSource LP as agent PO Box 71083 Charlotte, NC 28272–1083 |
| 18179697 | ELECT PORFOLIO SERVICING, LLC | 815 S. WEST TEMPLE SALT LAKE CITY UT 84115 |
| 18189090 | HDI GLOBAL INSURANCE COMPANY | CO GB COLLECTS LLC 1253 HADDONFIELD BERLIN RD VOORHEES NJ 08043–4847 |
| 18189091 | JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 7999 ST CLOUD MN 56302–9617 |
| 18189092 | JEREMIAH HARRIS | PO BOX 1918 CAVE CREEK AZ 85327 |
| 18189093 | JPMCB CARD SERVICES | PO BOX 15369 WILMINGTON DE 19850 |
| 18189094 | JPMORGAN CHASE BANK | CO THE MOORE LAW GROUP PO BOX 25145 SANTA ANA CA 92799 |
| 18189095 | JPMORGAN CHASE BANK NA | CO NATIONAL BANKRUPTCY SVCS LLC PO BOX 9013 ADDISON TX 75001 |
| 18223937 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison, Texas 75001 |
| 18189096 | LOU SPIVACK | 5447 E 5TH STREET 205 TUCSON AZ 85711 |
| 18189097 | MACYS CBNA | PO BOX 8113 MASON OH 45040 |
| 18189098 | MARICOPA COUNTY TREASURER | 301 W JEFFERSON ST SUITE 100 PHOENIX AZ 85003–2199 |
| 18189099 | MARK NAYLOR AND DR DALE GUNN | 12 SAN RAFAEL SANTA FE NM 87506 |
| 18189100 | NET CREDIT | 200 W JACKSON BLVD SUITE 2 CHICAGO IL 60606 |
| 18189113 | Resurgent Receivables, LLC | Resurgent Capital Services PO Box 10587 Greenville, SC 29603–0587 |
| 18189101 | THE MOORE LAW GROUP | PO BOX 25145 SANTA ANA CA 92799–5145 |
| 18189102 | THEKEY | PO BOX 736438 DALLAS TX 75373–6438 |
| 18189103 | TRACTOR SUPPLY | PO BOX 70602 PHILADELPHIA PA 19176 |
| 18194430 | U.S. Bank Trust Company, National Association | Robertson, Anschutz, Schneid, Crane 13010 Morris Road., Suite 450 Alpharetta, GA 30004 |
| 18189105 | UPSTART | 2950 S DELAWARE STREET STE 410 SAN MATEO CA 94403 |

18189107 UPSTART NETWORK INC     CO PERITUS PORTFOLIO SVCS II     PO BOX 1149     GRAPEVINE TX 76099

18189106 UPSTART NETWORK INC     PO BOX 1931     BURLINGAME CA 94011

18189104 US BANK TRUST COMPANY NA     2525 E CAMELBACK RD 7 TH FLOOR     PHOENIX AZ 85016

18189108 WELLS FARGO BANK     PO BOX 5058     PORTLAND OR 97208–5058

18189109 ZWICKER AND ASSOCIATES     PO BOX 10069     SCOTTSDALE AZ 85271

TOTAL: 46