United States Bankruptcy Court
District of Arizona

| In re: | Case No. 26-05144-MCW |
|---|---|
| ELIZABETH ANN NAYLOR | Chapter 11 |
| RONALD STEPHEN OWENS | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0970-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: pdf002 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | ELIZABETH ANN NAYLOR, RONALD STEPHEN OWENS, 11440 N. 69TH ST., SCOTTSDALE, AZ 85254-5101 |
| cr | + | Alliant Credit Union, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| 18189082 | + | BASCULE EQUINE UNDERWRITING, PO BOX 2502, WESTFIELD NJ 07091-2502 |
| 18189086 | + | CAROLYN BECKER, 23702 TURTLE COVE, LAGUNA NIGUEL CA 92677-1676 |
| 18179695 | | CENLAR, 25 PHILLIPS BLVD, TRENTON NJ 08618-1430 |
| 18189088 | | CITI CARDS, 5800 S CORPORATE PLACE, CITY OF INDUSTRY CA 91716-0701 |
| 18179697 | + | ELECT PORFOLIO SERVICING, LLC, 815 S. WEST TEMPLE, SALT LAKE CITY UT 84101 |
| 18189090 | | HDI GLOBAL INSURANCE COMPANY, CO GB COLLECTS LLC, 1253 HADDONFIELD BERLIN RD, VOORHEES NJ 08043-4847 |
| 18189092 | + | JEREMIAH HARRIS, PO BOX 1918, CAVE CREEK AZ 85327-1918 |
| 18189094 | + | JPMORGAN CHASE BANK, CO THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18189096 | + | LOU SPIVACK, 5447 E 5TH STREET 205, TUCSON AZ 85711-2346 |
| 18189102 | | THEKEY, PO BOX 736438, DALLAS TX 75373-6438 |
| 18189107 | + | UPSTART NETWORK INC, CO PERITUS PORTFOLIO SVCS II, PO BOX 1149, GRAPEVINE TX 76099-1149 |
| 18189104 | + | US BANK TRUST COMPANY NA, 2525 E CAMELBACK RD 7 TH FLOOR, PHOENIX AZ 85016-9239 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | Jul 08 2026 00:53:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 08 2026 00:53:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 18189439 | + | Email/Text: bankruptcy2006@apsc.com | Jul 08 2026 00:54:03 | APS, P.O. BOX 53933, M/S 3209, Phoenix, Arizona 85072-3933 |
| 18208802 | + | Email/Text: bankruptcynotices@azdor.gov | Jul 08 2026 00:53:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 18204610 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 08 2026 00:54:00 | Alliant Credit Union, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 18189079 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 08 2026 00:53:00 | BANK OF AMERICA NA, PO BOX 31785, TAMPA FL 33631-3785 |
| 18189080 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 08 2026 00:53:00 | BANK OF AMERICA NA, PO BOX 673033, DALLAS TX 75267-3033 |
| 18189081 | | Email/Text: PBMBadDebt@bannerhealth.com | Jul 08 2026 00:54:00 | BANNER HEALTH, PO BOX 741275, LOS |

| ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | ANGELES CA 90074-1275 |
| 18208646 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 08 2026 00:53:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 18189083 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2026 00:58:44 | CAPITAL ONE BANK, PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 18189084 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2026 00:58:44 | CAPITAL ONE NA, BY AIS INFOSOURCE LP AS AGENT, PO BOX 71083, CHARLOTTE NC 28272-1083 |
| 18189085 | Email/Text: mrdiscen@discover.com | Jul 08 2026 00:53:00 | CAPITAL ONE NA, SUCC BY MERGER TO DISCOVER, PO BOX 3025, NEW ALBANY OH 43054-3025 |
| 18189087 | + Email/Text: ecfbnc@aldridgepite.com | Jul 08 2026 00:54:00 | CENLAR FSB, CO ALDRIDGE PITE LLP, 3333 CAMINO DEL RIO S STE 225, SAN DIEGO CA 92108-3808 |
| 18189089 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2026 01:31:40 | CITI CARDS, PO BOX 6789, SIOUX FALLS SD 57117-6789 |
| 18187713 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2026 00:59:04 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 18189091 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 08 2026 00:54:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD MN 56302-9617 |
| 18189093 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 08 2026 00:58:44 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON DE 19850-5369 |
| 18189095 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 08 2026 00:53:00 | JPMORGAN CHASE BANK NA, CO NATIONAL BANKRUPTCY SVCS LLC, PO BOX 9013, ADDISON TX 75001-9013 |
| 18223937 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 08 2026 00:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 18189097 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2026 01:09:22 | MACYS CBNA, PO BOX 8113, MASON OH 45040-8113 |
| 18189098 | Email/Text: trssvc.judgments@maricopa.gov | Jul 08 2026 00:54:00 | MARICOPA COUNTY TREASURER, 301 W JEFFERSON ST SUITE 100, PHOENIX AZ 85003-2199 |
| 18189100 | + Email/Text: netcreditbnc@enova.com | Jul 08 2026 00:55:00 | NET CREDIT, 200 W JACKSON BLVD SUITE 2, CHICAGO IL 60606-6910 |
| 18189113 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2026 00:58:52 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 18189101 | Email/Text: closures@collectmoore.com | Jul 08 2026 00:54:00 | THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18189103 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 08 2026 01:09:26 | TRACTOR SUPPLY, PO BOX 70602, PHILADELPHIA PA 19176-0602 |
| 18194430 | + Email/Text: RASEBN@raslg.com | Jul 08 2026 00:53:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 18189105 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 08 2026 00:54:00 | UPSTART, 2950 S DELAWARE STREET STE 410, SAN MATEO CA 94403-2577 |
| 18189106 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 08 2026 00:54:00 | UPSTART NETWORK INC, PO BOX 1931, BURLINGAME CA 94011-1931 |
| 18189108 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 08 2026 00:58:57 | WELLS FARGO BANK, PO BOX 5058, PORTLAND OR 97208-5058 |
| 18189109 | Email/Text: bkfilings@zwickerpc.com | Jul 08 2026 00:55:00 | ZWICKER AND ASSOCIATES, PO BOX 10069, SCOTTSDALE AZ 85271 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | ZCHAPTER 11 FMC |
| cr | | Alliant Credit Union |
| 18179696 | | ARAH AND CHRISTIAN NARVARRO |
| 18189099 | ##+ | MARK NAYLOR AND DR DALE GUNN, 12 SAN RAFAEL, SANTA FE NM 87506-7529 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER JAMES DUTKIEWICZ | on behalf of Creditor Alliant Credit Union ecfazb@aldridgepite.com april@azdebtattorney.com,dutkiewicz.christopherj.r102207@notify.bestcase.com,dmbankruptcylawgroupllc@jubileebk.net,dutkiewicz.christopherj.r102207@notify.bestcase.com |
| JENNIFER A. GIAIMO | on behalf of U.S. Trustee U.S. TRUSTEE Jennifer.A.Giaimo@usdoj.gov |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor Alliant Credit Union ecf@tblaw.com |

TOTAL: 3

SO ORDERED.

# UNITED STATES BANKRUPTCY COURT
## MINUTE ENTRY      Dated: July 7, 2026



Madeleine C. Wanslee

Madeleine C. Wanslee, Chief Bankruptcy Judge

## *Hearing Information*

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Madeleine C Wanslee |
| Case Number: | 2:26-bk-05144-MCW |
| Debtor(s): | ELIZABETH ANN NAYLOR and RONALD STEPHEN OWENS |
| Chapter: | 11 |
| Date and Time: | 07/01/2026 2:00 PM |
| Location(s): | PHX-702 |
| Courtroom Clerk: | Tayler Hall |
| Electronic Court Recording Operator: | Michelle Radicke-Stevenson |

## *Matter(s)*

CONTINUED EXPEDITED HEARING ON DEBTORS' EMERGENCY MOTION TO EXTEND AUTOMATIC STAY
R/M #:39

## *Appearances*

ELIZABETH ANN NAYLOR, DEBTOR
RONALD STEPHEN OWENS, DEBTOR
JENNIFER A. GIAIMO, ATTORNEY FOR U.S. TRUSTEE

## *Proceedings*

The Court reviewed the parties' recent filings, noting the motion to dismiss is procedurally incorrect and notice must be provided to the creditor body with the opportunity for hearing.

Ms. Naylor informs the Court that the parties have reached an agreement.

Ms. Giaimo states that at the 341 meeting of creditors, the parties agreed that the case may be dismissed, provided the Debtors are barred from refiling any bankruptcy case for one year. She states that she circulated a proposed stipulated order of dismissal to the Debtors and requests that the motion to dismiss be set for hearing. If there is no response, the hearing can be vacated, and her office will upload the proposed stipulated order of dismissal.

COURT: The Court questions whether the estate may contain non-exempt assets that could be recovered if this case is converted to Chapter 7, and notes that if fraud exists as has been alleged, the Debtor could be denied a discharge.

Ms. Giaimo states that her office has considered those issues, including the potential assets related to horses, but she understands that they do not appear to be collectible. She states further investigation would be required for  the GoFundMe assets.

Ms. Naylor states that no funds have been transferred via GoFundMe and that all funds have been exhausted.

COURT: THE COURT STATES THAT TRANSFERS THAT ARE MADE SHORTLY BEFORE THE BANKRUPTCY FILING MUST BE DISCLOSED.

IT IS ORDERED DIRECTING THE DEBTORS TO EMAIL MS. GIAIMO A FULL ACCOUNTING OF THE GOFUNDME ACCOUNT, INCLUDING ALL RECEIPTS AND EXPENDITURES, NO

LATER THAN **FRIDAY, JULY 10, 2026.**

IT IS FURTHER ORDERED DIRECTING THE DEBTORS TO COOPERATE WITH THE U.S. TRUSTEE OFFICE AND EMAIL ALL THE INFORMATION NECESSARY FOR THE INITIAL DEBTOR INTERVIEW AND THE 341 MEETING OF CREDITORS TO MS. GIAIMO NO LATER THAN **FRIDAY, JULY 10, 2026.**

IT IS FURTHER ORDERED SETTING A HEARING ON THE DEBTORS' MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO 11 U.S.C. § 1112(b)(1) AND RELATED RELIEF FOR **THURSDAY, AUGUST 6, AT 2:30 PM**. THE COURT WILL PROVIDE NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST.

FURTHER, THE COURT FINDS THAT THE DEBTORS ARE PRESENTLY IN CONTEMPT FOR FAILURE TO ABIDE BY ITS PRIOR ORDERS.

Ms. Naylor requests that the automatic stay be extended due to a pending foreclosure sale scheduled for July 28, 2026. She discusses issues involving the mortgage servicer.

Ms. Giaimo objects to the extension of the stay. The Debtors have not complied with the bankruptcy court's obligations to justify receiving the benefit of the stay.

COURT: THE COURT CLARIFIES THAT ANY DISPUTES WITH THE MORTGAGE SERVICER MUST BE PURSUED VIA AN APPROPRIATE MECHANISM AND IN AN APPROPRIATE FORUM.

FURTHER, THE COURT FINDS THAT DEBTORS HAVE FAILED TO MEET THEIR STATUTORY BURDEN WITH CLEAR AND CONVINCING EVIDENCE. THE COURT CANNOT CONCLUDE THAT THERE WAS A CHANGE IN CIRCUMSTANCES BETWEEN DISMISSAL OF THE PRIOR CHAPTER 13 CASE AND THE FILING OF THIS CASE. AT THIS TIME, THERE IS NO BASIS TO CONTINUE THE AUTOMATIC STAY,

ACCORDINGLY, IT IS FURTHER ORDERED DENYING THE DEBTORS' REQUEST TO EXTEND THE AUTOMATIC STAY. THE COURT WILL SIGN THE MINUTE ENTRY.

HONORABLE MADELEINE C. WANSLEE
DATED AND SIGNED ABOVE

Notice sent through the
Bankruptcy Noticing Center "BNC"
to the following:

ELIZABETH ANN NAYLOR
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254

RONALD STEPHEN OWENS
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254

JENNIFER A. GIAIMO
OFFICE OF THE U.S. TRUSTEE
230 N. FIRST AVE., #204
PHOENIX, AZ 85003-1706