**Elizabeth Ann Naylor and Ronald Stephen Owens**
Case No. 2:26-bk-05144-MCW - U.S. Bankruptcy Court, District of Arizona
Amended Master Mailing List (Creditor Matrix)

```
ADS COMENITY VIRGIN VISA
PO BOX 182273
COLUMBUS OH 43218-2273

ADT SECURITY SERVICES
PO BOX 371878
PITTSBURGH PA 15250-7878

AFFIRM INC
650 CALIFORNIA STREET FL 12
SAN FRANCISCO CA 94108

ALLIANT CREDIT UNION
CO CENLAR FSB ATTN BK DEPT
425 PHILLIPS BLVD
EWING NJ 08618

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY CA 91716-0189

AMERICAN EXPRESS NATIONAL BANK
CO ZWICKER AND ASSOCIATES PC
PO BOX 9043
ANDOVER MA 01810-1041

APS
PO BOX 37812
BOONE IA 50037-0812

ARIZONA DEPARTMENT OF REVENUE
TAX BANKRUPTCY AND COLLECTIONS
2005 N CENTRAL AVE SUITE 100
PHOENIX AZ 85004-1592

ATCHLEY LAW FIRM PLC
7255 E HAMPTON AVE STE 127
MESA AZ 85209

BANK OF AMERICA
BANKRUPTCY UNIT
PO BOX 970
NORFOLK VA 23501

BANK OF AMERICA BUSINESS CARD
PO BOX 15796
WILMINGTON DE 19886-5796

BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785
```

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BANNER HEALTH
PO BOX 741275
LOS ANGELES CA 90074-1275

BASCULE EQUINE UNDERWRITING
PO BOX 2502
WESTFIELD NJ 07090

CAPITAL ONE BANK
PO BOX 31293
SALT LAKE CITY UT 84131-1293

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE NA
SUCC BY MERGER TO DISCOVER
PO BOX 3025
NEW ALBANY OH 43054-3025

CAROLYN BECKER
23702 TURTLE COVE
LAGUNA NIGUEL CA 92677

CENLAR FSB
CO ALDRIDGE PITE LLP
3333 CAMINO DEL RIO S STE 225
SAN DIEGO CA 92108

CITI CARDS
5800 S CORPORATE PLACE
CITY OF INDUSTRY CA 91716-0701

CITI CARDS
PO BOX 6789
SIOUX FALLS SD 57117-6789

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

CITY OF PHOENIX
PO BOX 29100
PHOENIX AZ 85038-9100

CITY OF SCOTTSDALE
7447 E INDIAN SCHOOL RD STE 110
SCOTTSDALE AZ 85254

CREDIT CONTROL LLC
3300 RIDER TRAIL S SUITE 500
EARTH CITY MO 63045

DALE W GUNN
MARK NAYLOR
PO BOX 31938
SANTA FE NM 87594-1938

DEFERIT INC
2261 MARKET ST SUITE 5450
SAN FRANCISCO CA 94114

DISCOVER CARD
PO BOX 30939
SALT LAKE CITY UT 84130-0939

GENWORTH
31605 N 19TH AVENUE
PHOENIX AZ 85085

GEORGIA'S OWN CREDIT UNION
100 PEACHTREE ST NW STE 2800
ATLANTA GA 30303

GREAT AMERICAN INSURANCE CO
CO CAINE AND WEINER
12005 FORD ROAD SUITE 300
DALLAS TX 75234

HAP HANSEN STABLES
16332 VIA DE SANTA FE
RANCHO SANTA FE CA 92091

HDI GLOBAL INSURANCE COMPANY
CO GB COLLECTS LLC
1253 HADDONFIELD BERLIN RD
VOORHEES NJ 08043-4847

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-9617

JEREMIAH HARRIS
PO BOX 1918
CAVE CREEK AZ 85327

JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON DE 19850

JPMORGAN CHASE BANK
CO THE MOORE LAW GROUP
PO BOX 25145
SANTA ANA CA 92799

JPMORGAN CHASE BANK NA
CO NATIONAL BANKRUPTCY SVCS LLC
PO BOX 9013
ADDISON TX 75001

LOU SPIVACK
5447 E 5TH STREET 205
TUCSON AZ 85711

MACYS CBNA
PO BOX 8113
MASON OH 45040

MARICOPA COUNTY TREASURER
301 W JEFFERSON ST SUITE 100
PHOENIX AZ 85003-2199

MARK NAYLOR AND DR DALE GUNN
12 SAN RAFAEL
SANTA FE NM 87506

NET CREDIT
200 W JACKSON BLVD SUITE 2
CHICAGO IL 60606

NETCREDIT
175 W JACKSON BLVD SUITE 600
CHICAGO IL 60604

ONE CLAIM SOLUTIONS
335 E GERMANN ROAD 340
GILBERT AZ 85297

RESURGENT RECEIVABLES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

RUSSELL EQUINE SPORTS MEDICINE
16214 N NEBRASKA AVE SUITE B
LUTZ FL 33549

SARAH OWENS NAVARRO AND CHRISTIAN GEORGE ALFONSO NAVARRO
6307 OLEANDER WAY
SAN DIEGO CA 92130

SCHNEIDERS
8255 E WASHINGTON STREET
CHAGRIN FALLS OH 44023

STATEWIDE MOVING LLC
250 INDUSTRIAL WAY
BRISBANE CA 94005

SYNCB AMAZON PLCC
PO BOX 71737
PHILADELPHIA PA 19176


SYNCB CARE CREDIT
PO BOX 71757
PHILADELPHIA PA 19176-1757


SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457


TARGET CARD SERVICES
PO BOX 660170
DALLAS TX 75266-0170


TD BANK USA NA
CO WEINSTEIN AND RILEY PS
749 GATEWAY SUITE G-601
ABILENE TX 79602


THE MOORE LAW GROUP
PO BOX 25145
SANTA ANA CA 92799-5145


THEKEY
PO BOX 736438
DALLAS TX 75373-6438


TRACTOR SUPPLY
PO BOX 70602
PHILADELPHIA PA 19176


UPSTART
2950 S DELAWARE STREET STE 410
SAN MATEO CA 94403


UPSTART NETWORK INC
PO BOX 1931
BURLINGAME CA 94011


UPSTART NETWORK INC
CO PERITUS PORTFOLIO SVCS II
PO BOX 1149
GRAPEVINE TX 76099


US BANK TRUST COMPANY NA
2525 E CAMELBACK RD 7TH FLOOR
PHOENIX AZ 85016


WELLS FARGO BANK
PO BOX 5058
PORTLAND OR 97208-5058

ZWICKER AND ASSOCIATES
PO BOX 10069
SCOTTSDALE AZ 85271