UNITED STATES BANKRUPTCY COURT
**MINUTE ENTRY**

*Hearing Information*

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Madeleine C Wanslee |
| Case Number: | 2:26-bk-05144-MCW |
| Debtor(s): | ELIZABETH ANN NAYLOR and RONALD STEPHEN OWENS |
| Chapter: | 11 |
| Date and Time: | 07/07/2026 10:30 AM |
| Location(s): | PHX-702 |
| Courtroom Clerk: | Tayler Hall |
| Electronic Court Recording Operator: | Michelle Radicke-Stevenson |

*Matter(s)*

CHAPTER 11 STATUS CONFERENCE
R/M #:16

*Appearances*

ELIZABETH ANN NAYLOR, DEBTOR
RONALD STEPHEN OWENS, DEBTOR
JENNIFER A. GIAIMO, ATTORNEY FOR U.S. TRUSTEE

*Proceedings*

Ms. Naylor provides an update. She states that Ms. Giaimo's office offered to provide instructions for submitting the requested documents electronically because the files are large. She is confident that she will comply with the deadline. She explains that the reason for filing this case was due to the reduction in income and unexpected expenses that became untenable. She further states that counsel for the mortgage holder and the servicer are reviewing the correspondence she submitted regarding alleged violations.

COURT: The Court advises the Debtors that quarterly fees and monthly operating reports are required, and suggests that the Debtors discuss those requirements.

The Court discusses the mortgage modification program. If the Debtors are interested in exploring it, they should do so sooner rather than later.

Ms. Naylor responds to the Court's questions and states there is no litigation or predator dispute pending prior to this case being filed.

Ms. Giaimo states that the Debtors must both appear telephonically at the 341 meeting of creditors. She states that she is working with the Debtors to obtain the requested documents. She requests that the Debtors provide copies of the bank statements for all accounts into which the GoFundMe funds were deposited, beginning with the initial deposits.

Ms. Naylor states that Ms. Giaimo's request is reasonable, and the requested bank statements are included in the large file she intends to provide.

COURT: IT IS ORDERED SETTING A CONTINUED HEARING FOR THURSDAY, AUGUST 6, 2026 AT 2:30 PM.