In re:

ELIZABETH ANN NAYLOR

RONALD STEPHEN OWENS

    Debtors

Case No. 26-05144-MCW

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0970-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: 309E1 | Total Noticed: 81 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | ELIZABETH ANN NAYLOR, RONALD STEPHEN OWENS, 11440 N. 69TH ST., SCOTTSDALE, AZ 85254-5101 |
| aty | + | CHRISTOPHER JAMES DUTKIEWICZ, Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| aty | + | LEONARD J. MCDONALD, JR., Tiffany & Bosco, P.A., Twenty Fourth Floor, Central Arts Plaza, 1850 North Central Avenue, Phoenix, AZ 85004-4527 |
| cr | + | Alliant Credit Union, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| 18233902 | | ADS COMENITY VIRGIN VISA, PO BOX 182273, COLUMBUS OH 43218-2273 |
| 18233905 | + | ALLIANT CREDIT UNION, CO CENLAR FSB ATTN BK DEPT, 425 PHILLIPS BLVD, EWING NJ 08618-1430 |
| 18233910 | + | ATCHLEY LAW FIRM PLC, 7255 E HAMPTON AVE STE 127, MESA AZ 85209-3313 |
| 18189082 | + | BASCULE EQUINE UNDERWRITING, PO BOX 2502, WESTFIELD NJ 07091-2502 |
| 18189086 | + | CAROLYN BECKER, 23702 TURTLE COVE, LAGUNA NIGUEL CA 92677-1676 |
| 18179695 | | CENLAR, 25 PHILLIPS BLVD, TRENTON NJ 08618-1430 |
| 18189088 | | CITI CARDS, 5800 S CORPORATE PLACE, CITY OF INDUSTRY CA 91716-0701 |
| 18233928 | | DALE W GUNN, MARK NAYLOR, PO BOX 31938, SANTA FE NM 87594-1938 |
| 18233929 | + | DEFERIT INC, 2261 MARKET ST SUITE 5450, SAN FRANCISCO CA 94114-1612 |
| 18179697 | + | ELECT PORFOLIO SERVICING, LLC, 815 S. WEST TEMPLE, SALT LAKE CITY UT 84101 |
| 18233931 | + | GENWORTH, 31605 N 19TH AVENUE, PHOENIX AZ 85085-8004 |
| 18233933 | + | GREAT AMERICAN INSURANCE CO, CO CAINE AND WEINER, 12005 FORD ROAD SUITE 300, DALLAS TX 75234-7262 |
| 18233934 | | HAP HANSEN STABLES, 16332 VIA DE SANTA FE, RANCHO SANTA FE CA 92091 |
| 18189090 | | HDI GLOBAL INSURANCE COMPANY, CO GB COLLECTS LLC, 1253 HADDONFIELD BERLIN RD, VOORHEES NJ 08043-4847 |
| 18189092 | + | JEREMIAH HARRIS, PO BOX 1918, CAVE CREEK AZ 85327-1918 |
| 18189094 | + | JPMORGAN CHASE BANK, CO THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18189096 | + | LOU SPIVACK, 5447 E 5TH STREET 205, TUCSON AZ 85711-2346 |
| 18233948 | + | ONE CLAIM SOLUTIONS, 335 E GERMANN ROAD 340, GILBERT AZ 85297-2924 |
| 18233950 | + | RUSSELL EQUINE SPORTS MEDICINE, 16214 N NEBRASKA AVE SUITE B, LUTZ FL 33549-6166 |
| 18233951 | + | SARAH OWENS NAVARRO AND CHRISTIAN GEORGE ALFONSO N, 6307 OLEANDER WAY, SAN DIEGO CA 92130-5738 |
| 18233952 | + | SCHNEIDERS, 8255 E WASHINGTON STREET, CHAGRIN FALLS OH 44023-4507 |
| 18233953 | + | STATEWIDE MOVING LLC, 250 INDUSTRIAL WAY, BRISBANE CA 94005-1006 |
| 18233958 | + | TD BANK USA NA, CO WEINSTEIN AND RILEY PS, 749 GATEWAY SUITE G-601, ABILENE TX 79602-1196 |
| 18189102 | | THEKEY, PO BOX 736438, DALLAS TX 75373-6438 |
| 18189107 | + | UPSTART NETWORK INC, CO PERITUS PORTFOLIO SVCS II, PO BOX 1149, GRAPEVINE TX 76099-1149 |
| 18189104 | + | US BANK TRUST COMPANY NA, 2525 E CAMELBACK RD 7 TH FLOOR, PHOENIX AZ 85016-9239 |
| 18233965 | + | US BANK TRUST COMPANY NA, 2525 E CAMELBACK RD 7TH FLOOR, PHOENIX AZ 85016-9239 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: AZDEPREV.COM | | |
| | | Jul 16 2026 03:51:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + Email/Text: RASEBN@raslg.com | | |

| | | | |
|---|---|---|---|
| | | Jul 16 2026 00:22:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 18233903 | Email/Text: amscbankruptcy@adt.com | Jul 16 2026 00:24:00 | ADT SECURITY SERVICES, PO BOX 371878, PITTSBURGH PA 15250-7878 |
| 18233904 | + Email/PDF: AffirmBKNotifications@resurgent.com | Jul 16 2026 00:24:32 | AFFIRM INC, 650 CALIFORNIA STREET FL 12, SAN FRANCISCO CA 94108-2716 |
| 18233906 | Email/PDF: bncnotices@becket-lee.com | Jul 16 2026 00:24:30 | AMERICAN EXPRESS, PO BOX 60189, CITY OF INDUSTRY CA 91716-0189 |
| 18233907 | + Email/Text: bkfilings@zwickerpc.com | Jul 16 2026 00:24:00 | AMERICAN EXPRESS NATIONAL BANK, CO ZWICKER AND ASSOCIATES PC, PO BOX 9043, ANDOVER MA 01810-0943 |
| 18233908 | Email/Text: bankruptcy2006@apsc.com | Jul 16 2026 00:23:44 | APS, PO BOX 37812, BOONE IA 50037-0812 |
| 18189439 | + Email/Text: bankruptcy2006@apsc.com | Jul 16 2026 00:23:56 | APS, P.O. BOX 53933, M/S 3209, Phoenix, Arizona 85072-3933 |
| 18233909 | + EDI: AZDEPREV.COM | Jul 16 2026 03:51:00 | ARIZONA DEPARTMENT OF REVENUE, TAX BANKRUPTCY AND COLLECTIONS, 2005 N CENTRAL AVE SUITE 100, PHOENIX AZ 85004-1546 |
| 18208802 | + EDI: AZDEPREV.COM | Jul 16 2026 03:51:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 18204610 | + Email/Text: ecfbnc@aldridgepite.com | Jul 16 2026 00:22:00 | Alliant Credit Union, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 18230985 | + Email/Text: bkfilings@zwickerpc.com | Jul 16 2026 00:24:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 18233911 | EDI: BANKAMER | Jul 16 2026 03:51:00 | BANK OF AMERICA, BANKRUPTCY UNIT, PO BOX 970, NORFOLK VA 23501 |
| 18233912 | EDI: BANKAMER | Jul 16 2026 03:51:00 | BANK OF AMERICA BUSINESS CARD, PO BOX 15796, WILMINGTON DE 19886-5796 |
| 18189079 | EDI: BANKAMER | Jul 16 2026 03:51:00 | BANK OF AMERICA NA, PO BOX 31785, TAMPA FL 33631-3785 |
| 18189080 | EDI: BANKAMER | Jul 16 2026 03:51:00 | BANK OF AMERICA NA, PO BOX 673033, DALLAS TX 75267-3033 |
| 18189081 | Email/Text: PBMBadDebt@bannerhealth.com | Jul 16 2026 00:22:00 | BANNER HEALTH, PO BOX 741275, LOS ANGELES CA 90074-1275 |
| 18208646 | EDI: BANKAMER | Jul 16 2026 03:51:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 18189083 | + EDI: CAPITALONE.COM | Jul 16 2026 03:51:00 | CAPITAL ONE BANK, PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 18189084 | EDI: CAPITALONE.COM | Jul 16 2026 03:51:00 | CAPITAL ONE NA, BY AIS INFOSOURCE LP AS AGENT, PO BOX 71083, CHARLOTTE NC 28272-1083 |
| 18189085 | EDI: DISCOVER | Jul 16 2026 03:51:00 | CAPITAL ONE NA, SUCC BY MERGER TO DISCOVER, PO BOX 3025, NEW ALBANY OH 43054-3025 |
| 18189087 | + Email/Text: ecfbnc@aldridgepite.com | Jul 16 2026 00:22:00 | CENLAR FSB, CO ALDRIDGE PITE LLP, 3333 CAMINO DEL RIO S STE 225, SAN DIEGO CA 92108-3808 |
| 18189089 | EDI: CITICORP | Jul 16 2026 03:57:00 | CITI CARDS, PO BOX 6789, SIOUX FALLS SD |

57117-6789

| 18233924 | EDI: CITICORP | Jul 16 2026 03:57:00 | CITIBANK NA, 5800 S CORPORATE PL, SIOUX FALLS SD 57108-5027 |
| 18233925 | Email/Text: cityservicesbill@phoenix.gov | Jul 16 2026 00:23:00 | CITY OF PHOENIX, PO BOX 29100, PHOENIX AZ 85038-9100 |
| 18233926 + | Email/Text: legal@scottsdaleaz.gov | Jul 16 2026 00:22:00 | CITY OF SCOTTSDALE, 7447 E INDIAN SCHOOL RD STE 110, SCOTTSDALE AZ 85251-3922 |
| 18233927 | Email/Text: correspondence@credit-control.com | Jul 16 2026 00:23:00 | CREDIT CONTROL LLC, 3300 RIDER TRAIL S SUITE 500, EARTH CITY MO 63045 |
| 18187713 | EDI: CAPITALONE.COM | Jul 16 2026 03:51:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 18233930 | EDI: DISCOVER | Jul 16 2026 03:51:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY UT 84130-0939 |
| 18233932 + | Email/Text: BANKRUPTCYNOTIFICATIONS@GEORGIASOWN.ORG | Jul 16 2026 00:23:00 | GEORGIA'S OWN CREDIT UNION, 100 PEACHTREE ST NW STE 2800, ATLANTA GA 30303-1935 |
| 18189091 | EDI: JEFFERSONCAP.COM | Jul 16 2026 03:57:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD MN 56302-9617 |
| 18189093 + | EDI: JPMORGANCHASE | Jul 16 2026 03:51:00 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON DE 19850-5369 |
| 18189095 + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 16 2026 00:22:00 | JPMORGAN CHASE BANK NA, CO NATIONAL BANKRUPTCY SVCS LLC, PO BOX 9013, ADDISON TX 75001-9013 |
| 18223937 + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 16 2026 00:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 18189097 + | EDI: CITICORP | Jul 16 2026 03:57:00 | MACYS CBNA, PO BOX 8113, MASON OH 45040-8113 |
| 18189098 | Email/Text: trssvc.judgments@maricopa.gov | Jul 16 2026 00:23:00 | MARICOPA COUNTY TREASURER, 301 W JEFFERSON ST SUITE 100, PHOENIX AZ 85003-2199 |
| 18189100 + | Email/Text: netcreditbnc@enova.com | Jul 16 2026 00:24:00 | NET CREDIT, 200 W JACKSON BLVD SUITE 2, CHICAGO IL 60606-6910 |
| 18233947 + | Email/Text: netcreditbnc@enova.com | Jul 16 2026 00:24:00 | NETCREDIT, 175 W JACKSON BLVD SUITE 600, CHICAGO IL 60604-2948 |
| 18189113 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 00:24:43 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 18233954 + | EDI: SYNC | Jul 16 2026 03:51:00 | SYNCB AMAZON PLCC, PO BOX 71737, PHILADELPHIA PA 19176-1737 |
| 18233955 | EDI: SYNC | Jul 16 2026 03:51:00 | SYNCB CARE CREDIT, PO BOX 71757, PHILADELPHIA PA 19176-1757 |
| 18233956 | EDI: AIS.COM | Jul 16 2026 03:57:00 | SYNCHRONY BANK, BY AIS INFOSOURCE LP AS AGENT, PO BOX 4457, HOUSTON TX 77210-4457 |
| 18233957 | EDI: WTRRNBANK.COM | Jul 16 2026 03:57:00 | TARGET CARD SERVICES, PO BOX 660170, DALLAS TX 75266-0170 |
| 18189101 | Email/Text: closures@collectmoore.com | Jul 16 2026 00:23:00 | THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18189103 + | EDI: CITICORP | Jul 16 2026 03:57:00 | TRACTOR SUPPLY, PO BOX 70602, PHILADELPHIA PA 19176-0602 |
| 18194430 + | Email/Text: RASEBN@raslg.com | Jul 16 2026 00:22:00 | U.S. Bank Trust Company, National Association, |

Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001

| 18189105 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 16 2026 00:23:00 | UPSTART, 2950 S DELAWARE STREET STE 410, SAN MATEO CA 94403-2577 |
| 18189106 | + Email/Text: UpStart@ebn.phinsolutions.com | Jul 16 2026 00:23:00 | UPSTART NETWORK INC, PO BOX 1931, BURLINGAME CA 94011-1931 |
| 18189108 | EDI: WFCCSBK | Jul 16 2026 03:51:00 | WELLS FARGO BANK, PO BOX 5058, PORTLAND OR 97208-5058 |
| 18189109 | Email/Text: bkfilings@zwickerpc.com | Jul 16 2026 00:24:00 | ZWICKER AND ASSOCIATES, PO BOX 10069, SCOTTSDALE AZ 85271 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | ZCHAPTER 11 FMC |
| cr | | Alliant Credit Union |
| 18179696 | | ARAH AND CHRISTIAN NARVARRO |
| 18233913 | * | BANK OF AMERICA NA, PO BOX 31785, TAMPA FL 33631-3785 |
| 18233914 | * | BANK OF AMERICA NA, PO BOX 673033, DALLAS TX 75267-3033 |
| 18233915 | * | BANNER HEALTH, PO BOX 741275, LOS ANGELES CA 90074-1275 |
| 18233916 | *+ | BASCULE EQUINE UNDERWRITING, PO BOX 2502, WESTFIELD NJ 07091-2502 |
| 18233917 | *+ | CAPITAL ONE BANK, PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 18233918 | * | CAPITAL ONE NA, BY AIS INFOSOURCE LP AS AGENT, PO BOX 71083, CHARLOTTE NC 28272-1083 |
| 18233919 | * | CAPITAL ONE NA, SUCC BY MERGER TO DISCOVER, PO BOX 3025, NEW ALBANY OH 43054-3025 |
| 18233920 | *+ | CAROLYN BECKER, 23702 TURTLE COVE, LAGUNA NIGUEL CA 92677-1676 |
| 18233921 | *+ | CENLAR FSB, CO ALDRIDGE PITE LLP, 3333 CAMINO DEL RIO S STE 225, SAN DIEGO CA 92108-3808 |
| 18233923 | * | CITI CARDS, PO BOX 6789, SIOUX FALLS SD 57117-6789 |
| 18233922 | * | CITI CARDS, 5800 S CORPORATE PLACE, CITY OF INDUSTRY CA 91716-0701 |
| 18233935 | * | HDI GLOBAL INSURANCE COMPANY, CO GB COLLECTS LLC, 1253 HADDONFIELD BERLIN RD, VOORHEES NJ 08043-4847 |
| 18233936 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD MN 56302-9617 |
| 18233937 | *+ | JEREMIAH HARRIS, PO BOX 1918, CAVE CREEK AZ 85327-1918 |
| 18233938 | *+ | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON DE 19850-5369 |
| 18233940 | *+ | JPMORGAN CHASE BANK, CO THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18233941 | *+ | JPMORGAN CHASE BANK NA, CO NATIONAL BANKRUPTCY SVCS LLC, PO BOX 9013, ADDISON TX 75001-9013 |
| 18233942 | *+ | LOU SPIVACK, 5447 E 5TH STREET 205, TUCSON AZ 85711-2346 |
| 18233943 | *+ | MACYS CBNA, PO BOX 8113, MASON OH 45040-8113 |
| 18233944 | * | MARICOPA COUNTY TREASURER, 301 W JEFFERSON ST SUITE 100, PHOENIX AZ 85003-2199 |
| 18233945 | *+ | MARK NAYLOR AND DR DALE GUNN, 12 SAN RAFAEL, SANTA FE NM 87506-7529 |
| 18233946 | *+ | NET CREDIT, 200 W JACKSON BLVD SUITE 2, CHICAGO IL 60606-6910 |
| 18233949 | * | RESURGENT RECEIVABLES LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE SC 29603-0587 |
| 18233959 | * | THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18233960 | * | THEKEY, PO BOX 736438, DALLAS TX 75373-6438 |
| 18233961 | *+ | TRACTOR SUPPLY, PO BOX 70602, PHILADELPHIA PA 19176-0602 |
| 18233962 | *+ | UPSTART, 2950 S DELAWARE STREET STE 410, SAN MATEO CA 94403-2577 |
| 18233963 | *+ | UPSTART NETWORK INC, PO BOX 1931, BURLINGAME CA 94011-1931 |
| 18233964 | *+ | UPSTART NETWORK INC, CO PERITUS PORTFOLIO SVCS II, PO BOX 1149, GRAPEVINE TX 76099-1149 |
| 18233966 | * | WELLS FARGO BANK, PO BOX 5058, PORTLAND OR 97208-5058 |
| 18233967 | * | ZWICKER AND ASSOCIATES, PO BOX 10069, SCOTTSDALE AZ 85271 |
| 18189099 | ##+ | MARK NAYLOR AND DR DALE GUNN, 12 SAN RAFAEL, SANTA FE NM 87506-7529 |

TOTAL: 3 Undeliverable, 31 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026        Signature:        _/s/Gustava Winters_

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name**        **Email Address**

CHRISTOPHER JAMES DUTKIEWICZ
on behalf of Creditor Alliant Credit Union ecfazb@aldridgepite.com
april@azdebtattorney.com,dutkiewicz.christopherj.r102207@notify.bestcase.com,dmbankruptcylawgroupllc@jubileebk.net,dutkiewicz.christopherj.r102207@notify.bestcase.com

JENNIFER A. GIAIMO
on behalf of U.S. Trustee U.S. TRUSTEE Jennifer.A.Giaimo@usdoj.gov

LEONARD J. MCDONALD, JR.
on behalf of Creditor Alliant Credit Union ecf@tblaw.com

TOTAL: 3

Information to identify the case:

| | | | |
|---|---|---|---|
| **Debtor 1:** | ELIZABETH ANN NAYLOR | Social Security number or ITIN: | xxx−xx−3273 |
| | First Name    Middle Name    Last Name | EIN: _ _−_ _ _ _ _ _ _ | |
| **Debtor 2:** | RONALD STEPHEN OWENS | Social Security number or ITIN: | xxx−xx−6688 |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN: _ _−_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of Arizona | Date case filed for chapter: | 11    5/22/26 |
| Case number: | 2:26−bk−05144−MCW | | |

Official Form 309E1 (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | ELIZABETH ANN NAYLOR | RONALD STEPHEN OWENS |
| **2.** | **All other names used in the last 8 years** | aka JAN BLACK | aka RONN OWENS |
| **3.** | **Address** | 11440 N. 69TH ST. SCOTTSDALE, AZ 85254 | 11440 N. 69TH ST. SCOTTSDALE, AZ 85254 |
| **4.** | **Debtor's attorney** Name and address | None | Contact phone _____ <br><br> Email |
| **5.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court, Arizona 230 North First Avenue, Suite 101 Phoenix, AZ 85003−1727 | Office Hours: 8:30 am − 4:00 pm Monday−Friday <br><br> Contact phone  (602) 682−4000 <br><br> Date: 7/15/26 |

**For more information, see page 2 >**

Case 2:26-bk-05144-MCW    Doc 81    Filed 07/15/26    Entered 07/17/26 21:42:51    Desc
Imaged Certificate of Notice    Page 6 of 7

| **6.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 30, 2026 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Teleconference, Call in number: 1–888–330–1716, Passcode: 4038524** |
|---|---|---|

| **7.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is:  8/31/26.** | |
|---|---|---|
| | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 days from date case filed.** Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |

| **8.** **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| **9.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |
|---|---|

| **10.** **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
|---|---|

| **11.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |
|---|---|

Case 2:26-bk-05144-MCW   Doc 81   Filed 07/15/26   Entered 07/17/26 21:42:51   Desc
Imaged Certificate of Notice   Page 7 of 7