# Balance Sheet

Summary and detail of assets, liabilities and equity (deficit)
Attachment to Monthly Operating Report (UST Form 11-MOR)
In re Elizabeth Ann Naylor and Ronald Stephen Owens  -  Case No. 2:26-bk-05144-MCW

*Asset values are as scheduled on the debtors' amended Schedule A/B, adjusted for the actual change in cash during each reporting period. Liabilities are as scheduled on the amended Schedules D and E/F. The debtors are individual debtors. Their business activities are conducted through limited liability companies that they own, which are not debtors in this case.*

## ASSETS

| | May 31, 2026 | June 30, 2026 |
|---|---|---|
| **Current assets** | | |
| Cash and funds in deposit accounts | 4,089.72 | 2,887.62 |
| Accounts receivable | 0.00 | 0.00 |
| Inventory | 0.00 | 0.00 |
| **Total current assets** | **4,089.72** | **2,887.62** |
| **Noncurrent assets** | | |
| Real property (residence, debtors' scheduled interest) | 788,450.00 | 788,450.00 |
| Other personal property | 84,040.15 | 84,040.15 |
| **Total noncurrent assets** | **872,490.15** | **872,490.15** |
| **TOTAL ASSETS** | **876,579.87** | **875,377.77** |

## LIABILITIES

| | May 31, 2026 | June 30, 2026 |
|---|---|---|
| **Postpetition liabilities** | | |
| Postpetition payables (excluding taxes) | 0.00 | 0.00 |
| Postpetition taxes payable | 0.00 | 0.00 |
| **Total postpetition debt** | **0.00** | **0.00** |
| **Prepetition liabilities** | | |
| Secured debt (Schedule D) | 1,993,619.06 | 1,993,619.06 |
| Priority unsecured debt (Schedule E/F, Part 1) | 6,716.00 | 6,716.00 |
| Nonpriority unsecured debt (Schedule E/F, Part 2) | 729,875.60 | 729,875.60 |
| **Total prepetition debt** | **2,730,210.66** | **2,730,210.66** |
| **TOTAL LIABILITIES** | **2,730,210.66** | **2,730,210.66** |

## EQUITY (DEFICIT)

| | May 31, 2026 | June 30, 2026 |
|---|---|---|
| **Total assets less total liabilities** | **(1,853,630.79)** | **(1,854,832.89)** |

*These figures agree to Part 2 of the corresponding Monthly Operating Report.*