# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

Elizabeth Ann Naylor, and,

Ronald Stephen Owens,

                Debtor(s).

In Proceedings under Chapter 11

Case No.  2:26-bk-05144-MCW

**1st Continued § 341 First Meeting of Creditors Minute Sheet**

**Date:**  July 16, 2026

**Time:**  10:00 am

Debtor Present:  ■ YES ☐ NO      Presiding Officer:  Jennifer A. Giaimo

Appearance by Attorney for Debtor:  Pro Se _____ ☐ YES ■ NO

 Elizabeth Naylor & Ronald Owens _____ Present of Behalf of Debtor

Debtor Representative(s) Sworn and Examined?  ■ YES ☐ NO

Appearances:

      Name                      Party Represented

1. _____  _____

2. _____  _____

3. _____  _____

4. _____  _____

5. _____  _____

Related Cases: _____

_____

Schedules Filed? ■ YES ☐ NO  If No, has Order been Entered Extending Time? ☐ Y ☐ N

If No, why have the Schedules not been filed? _____

_____

When will the Schedules be filed? _____

■ Concluded ☐ Continued     **Date:** _____

                            **Time:** _____

                **Location:** 888-330-1716, Participate Code 4038524#

☐ Dismiss for Failure to Appear and/or for Failure to File Schedules