Elizabeth Ann Naylor and Ronald Stephen Owens
11440 N. 69th Street
Scottsdale, Arizona 85254
*Debtors in Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:
ELIZABETH ANN NAYLOR and
RONALD STEPHEN OWENS,
                    Debtors

Case No. 2:26-bk-05144-MCW
Chapter 11
Honorable Madeleine C. Wanslee

**DEBTORS' EXPEDITED MOTION FOR VIDEO APPEARANCE**

Debtors Elizabeth Ann Naylor and Ronald Stephen Owens, appearing pro se as

Debtors-in-Possession, respectfully move this Court, pursuant to Judge Wanslee's Procedures

Section 2.6.1, for authorization to appear by ZoomGov videoconference at the August 6, 2026

hearing. This Motion is filed within the time permitted by Section 2.6.1 and promptly after the

issuance of the Extreme Heat Warning described below, and Debtors request expedited

consideration given the hearing date. Debtors intend to appear and participate fully, and are

prepared to state their agreement to dismissal of this case with a two-year bar to refiling. Cause

exists for the requested video appearance, as set forth below:

1.  Ronald Stephen Owens is eighty years old. He has lived with Parkinson's disease for

    twenty-five years, has survived four separate bouts of cancer, carries a current cancer

    diagnosis, and has serious heart disease.

2.  Elizabeth Ann Naylor, age sixty-nine, is Mr. Owens's caregiver.

3. In-person attendance would require Mr. Owens to be transported by wheelchair into and through the courthouse and to spend extended time outdoors. On August 3, 2026, the National Weather Service issued an Extreme Heat Warning for the Phoenix metropolitan area, in effect through 8:00 p.m. Friday, August 7, 2026. Afternoon temperatures are forecast at 110 to 115 degrees, the heat risk is rated "Major to Extreme," and the warning states that heat-related illness, including heat stroke, is likely and that "heat stroke can lead to death." For an eighty-year-old man in Mr. Owens's medical condition, traveling to and from the courthouse and being moved by wheelchair during this warning presents a serious and avoidable risk to his health and safety.

4. The Court previously authorized the Debtors to appear by video at the July 7, 2026 status conference. Although the Debtors appeared in person on that occasion, the Extreme Heat Warning now in effect was not present then, and it makes in-person attendance unsafe for Mr. Owens on the date of the continued hearing.

5. Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132, prohibits public entities, including federal courts, from excluding qualified individuals with disabilities from participating in their programs and services. Ronald Stephen Owens is a qualified individual with a disability within the meaning of the ADA. Authorization to appear by videoconference is the reasonable accommodation that Title II contemplates for these circumstances, and one that this Court's own videoconference procedures make readily available.

6. Both Debtors are fully capable of appearing by ZoomGov videoconference. They have access to the necessary technology and are familiar with videoconference proceedings. Their remote appearance will not impair the Court's ability to assess their participation or

evaluate the arguments presented. Debtors will comply with the Court's published Videoconference Hearing Guidelines.

7.  Debtors respectfully request authorization to appear by ZoomGov videoconference using the Court's published videoconference information, available at https://www.azb.uscourts.gov/videoconference-hearing-guidelines.

8.  A proposed form of Order is uploaded concurrently herewith. Pursuant to Judge Wanslee's Procedures Section 2.6.1, Debtors have concurrently emailed a copy of this Motion and the proposed Order to Courtroom Deputy Tayler Hall at Tayler_Hall@azb.uscourts.gov.

Respectfully submitted,

Dated: August 3, 2026

/s/  Ronald Stephen Owens
RONALD STEPHEN OWENS
*Pro Se*
11440 N 69th Street
Scottsdale, AZ 85254

/s/      Elizabeth Ann Naylor
ELIZABETH ANN NAYLOR
*Pro Se*
11440 N 69th Street
Scottsdale, AZ 85254

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 3, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties registered to receive electronic notice through the Court's CM/ECF system, including the parties listed below. A courtesy copy was also transmitted by email to each:

Leonard J. McDonald, Esq.
Tiffany & Bosco, P.A.
Attorneys for Alliant Credit Union
1850 N. Central Avenue, 24th Floor
Phoenix, AZ 85004
Email: ljm@tblaw.com

Shellie LaBell
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Email: slabell@raslr.com

Jennifer A. Giaimo, Esq.
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: Jennifer.A.Giaimo@usdoj.gov

American Express National Bank, c/o Zwicker & Associates, P.C.
80 Minuteman Road, P.O. Box 9043
Andover, MA 01810-1041
Email: bknotices@zwickerpc.com

*By:*

/s/  Ronald Stephen Owens
RONALD STEPHEN OWENS
*Pro Se*
11440 N 69th Street
Scottsdale, AZ 85254

/s/  Elizabeth Ann Naylor
ELIZABETH ANN NAYLOR
Debtor-in-Possession, Pro Se
11440 N 69th Street
Scottsdale, AZ 85254