IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:
ELIZABETH ANN NAYLOR and
RONALD STEPHEN OWENS,
             Debtors

Case No. 2:26-bk-05144-MCW
Chapter 11
Honorable Madeleine C. Wanslee

**ORDER GRANTING DEBTORS' EXPEDITED MOTION FOR VIDEO APPEARANCE**

The Debtors-in-Possession having filed an Expedited Motion for Video Appearance, and

the Court having reviewed the Motion and finding good cause based on the documented medical

condition of Ronald Stephen Owens, the caregiving responsibilities of Elizabeth Ann Naylor,

and the requirements of Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132,

IT IS ORDERED that Elizabeth Ann Naylor and Ronald Stephen Owens are authorized

to appear at the Status Conference on August 3, 2026, at 2:30 p.m. by ZoomGov

videoconference using the Court's published videoconference information available at

https://www.azb.uscourts.gov/videoconference-hearing-guidelines.


DATED: _____


_____
HON. MADELEINE C. WANSLEE
Chief United States Bankruptcy Judge