

Madeleine C. Wanslee

**Madeleine C. Wanslee, Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

**ELIZABETH ANN NAYLOR AND RONALD STEPHEN OWENS.**

Debtor(s).

Chapter 11

Case No. 2:26-bk-05144-MCW

**ORDER GRANTING DEBTORS' MOTION TO APPEAR VIA VIDEOCONFERENCE**

The Court having received Debtors' *Expedited Motion for Video Appearance* ("Motion") (Dkt. No. 90) requesting permission to appear via videoconference using the zoom.gov platform for the hearing scheduled on August 6, 2026 at 2:30 PM, and good cause appearing, the Court will grant Debtors' Motion. Accordingly,

**IT IS ORDERED** granting Debtors' Motion. Debtors are authorized to appear remotely on this matter on **August 6, 2026 at 2:30 PM** by visiting: https://www.zoomgov.com/j/16026824253?pwd=a3hMUWVpa3VQLzR2bHdJK0NmYTFMdz09, and using Meeting ID: 160 268 24253, Passcode 425399.

**DATED AND SIGNED ABOVE**

**COPY** of the foregoing mailed by the BNC and/or sent by auto-generated mail to:

Elizabeth Ann Naylor
11440 N. 69th St.
Scottsdale, AZ 85254

Ronald Stephen Owens
11440 N. 69th St.
Scottsdale, AZ 85254

Case 2:26-bk-05144-MCW    Doc 92    Filed 08/05/26    Entered 08/05/26 09:25:03    Desc
Main Document      Page 2 of 2