# Notice Recipients

District/Off: 0970–2                  User: admin                  Date Created: 8/5/2026

Case: 2:26–bk–05144–MCW              Form ID: pdf008              Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          ZCHAPTER 11 FMC

                                                                        TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         U.S. TRUSTEE          USTPRegion14.PX.ECF@USDOJ.GOV

                                                                        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          ELIZABETH ANN NAYLOR      11440 N. 69TH ST.      SCOTTSDALE, AZ 85254
jdb         RONALD STEPHEN OWENS      11440 N. 69TH ST.      SCOTTSDALE, AZ 85254

                                                                        TOTAL: 2