In re:                                                                    Case No. 26-05144-MCW

ELIZABETH ANN NAYLOR                                      Chapter 11

RONALD STEPHEN OWENS

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 05, 2026 | Form ID: pdf008 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

**Recip ID**     **Recipient Name and Address**
db/jdb       + ELIZABETH ANN NAYLOR, RONALD STEPHEN OWENS, 11440 N. 69TH ST., SCOTTSDALE, AZ 85254-5101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**   **Name and Address**
tr                  ZCHAPTER 11 FMC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026             Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:

**Name**               **Email Address**

CHRISTOPHER JAMES DUTKIEWICZ
    on behalf of Creditor Alliant Credit Union ecfazb@aldridgepite.com
    april@azdebtattorney.com,dutkiewicz.christopherj.r102207@notify.bestcase.com,dmbankruptcylawgroupllc@jubileebk.net,dutkiewicz.christopherj.r102207@notify.bestcase.com

JENNIFER A. GIAIMO
    on behalf of U.S. Trustee U.S. TRUSTEE Jennifer.A.Giaimo@usdoj.gov

LEONARD J. MCDONALD, JR.
    on behalf of Creditor Alliant Credit Union ecf@tblaw.com

District/off: 0970-2

Date Rcvd: Aug 05, 2026

TOTAL: 3

User: admin

Form ID: pdf008

Page 2 of 2

Total Noticed: 1



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

ELIZABETH ANN NAYLOR AND
RONALD STEPHEN OWENS.

Debtor(s).

Chapter 11

Case No. 2:26-bk-05144-MCW

**ORDER GRANTING DEBTORS'
MOTION TO APPEAR VIA
VIDEOCONFERENCE**

The Court having received Debtors' *Expedited Motion for Video Appearance* ("Motion") (Dkt. No. 90) requesting permission to appear via videoconference using the zoom.gov platform for the hearing scheduled on August 6, 2026 at 2:30 PM, and good cause appearing, the Court will grant Debtors' Motion. Accordingly,

**IT IS ORDERED** granting Debtors' Motion. Debtors are authorized to appear remotely on this matter on **August 6, 2026 at 2:30 PM** by visiting: https://www.zoomgov.com/j/16026824253?pwd=a3hMUWVpa3VQLzR2bHdJK0NmYTFMdz09, and using Meeting ID: 160 268 24253, Passcode 425399.

**DATED AND SIGNED ABOVE**

-1-

**COPY** of the foregoing mailed by the BNC and/or sent by auto-generated mail to:

Elizabeth Ann Naylor
11440 N. 69th St.
Scottsdale, AZ 85254

Ronald Stephen Owens
11440 N. 69th St.
Scottsdale, AZ 85254

-2-