# Notice Recipients

District/Off: 0970–2    User: admin    Date Created: 8/10/2026

Case: 2:26–bk–05144–MCW    Form ID: pdf002    Total: 123

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

tr          ZCHAPTER 11 FMC
cr          Alliant Credit Union
18179696    ARAH AND CHRISTIAN NARVARRO

TOTAL: 3

**Recipients of Notice of Electronic Filing:**

aty    CHRISTOPHER JAMES DUTKIEWICZ    ecfazb@aldridgepite.com
aty    LEONARD J. MCDONALD, JR.    ecf@tblaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          ELIZABETH ANN NAYLOR          11440 N. 69TH ST.          SCOTTSDALE, AZ 85254
jdb         RONALD STEPHEN OWENS          11440 N. 69TH ST.          SCOTTSDALE, AZ 85254
cr          U.S. Bank Trust Company, National Association          Robertson, Anschutz, Schneid, Crane & Pa          13010 Morris Road., Suite 450          Alpharetta, GA 30004
cr          Alliant Credit Union          3333 Camino del Rio South, Suite 225          San Diego, CA 92108 UNITED STATES
cr          American Express National Bank          c/o Zwicker & Associates PC          80 Minuteman Road          P.O. Box 9043          Andover, MA 01810–1041
smg         AZ DEPARTMENT OF REVENUE          BANKRUPTCY & LITIGATION          1600 W. MONROE, 7TH FL.          PHOENIX, AZ 85007–2650
18233902    ADS COMENITY VIRGIN VISA          PO BOX 182273          COLUMBUS OH 43218–2273
18233903    ADT SECURITY SERVICES          PO BOX 371878          PITTSBURGH PA 15250–7878
18233904    AFFIRM INC          650 CALIFORNIA STREET FL 12          SAN FRANCISCO CA 94108
18233905    ALLIANT CREDIT UNION          CO CENLAR FSB ATTN BK DEPT          425 PHILLIPS BLVD          EWING NJ 08618
18233906    AMERICAN EXPRESS          PO BOX 60189          CITY OF INDUSTRY CA 91716–0189
18233907    AMERICAN EXPRESS NATIONAL BANK          CO ZWICKER AND ASSOCIATES PC          PO BOX 9043          ANDOVER MA 01810–1041
18189439    APS          P.O. BOX 53933, M/S 3209          Phoenix, Arizona 85027
18233908    APS          PO BOX 37812          BOONE IA 50037–0812
18208802    ARIZONA DEPARTMENT OF REVENUE          Office of the Arizona Attorney General          c/o Tax, Bankruptcy and Collection Sct          2005 N Central Ave, Suite 100          Phoenix AZ 85004
18233909    ARIZONA DEPARTMENT OF REVENUE          TAX BANKRUPTCY AND COLLECTIONS          2005 N CENTRAL AVE SUITE 100          PHOENIX AZ 85004–1592
18233910    ATCHLEY LAW FIRM PLC          7255 E HAMPTON AVE STE 127          MESA AZ 85209
18236831    Alliant Credit Union          Central Arts Plaza          Twenty Fourth Floor          1850 North Central Avenue          Phoenix, Arizona 85004
18204610    Alliant Credit Union          c/o ALDRIDGE PITE, LLP          3333 Camino del Rio South, Suite 225          San Diego, CA 92108
18230985    American Express National Bank, AENB          c/o Zwicker and Associates, P.C.          Attorneys/Agents for Creditor          P.O. Box 9043          Andover, MA 01810–1041
18233911    BANK OF AMERICA          BANKRUPTCY UNIT          PO BOX 970          NORFOLK VA 23501
18233912    BANK OF AMERICA BUSINESS CARD          PO BOX 15796          WILMINGTON DE 19886–5796
18189079    BANK OF AMERICA NA          PO BOX 31785          TAMPA FL 33631–3785
18233913    BANK OF AMERICA NA          PO BOX 31785          TAMPA FL 33631–3785
18189080    BANK OF AMERICA NA          PO BOX 673033          DALLAS TX 75267–3033
18233914    BANK OF AMERICA NA          PO BOX 673033          DALLAS TX 75267–3033
18189081    BANNER HEALTH          PO BOX 741275          LOS ANGELES CA 90074–1275
18233915    BANNER HEALTH          PO BOX 741275          LOS ANGELES CA 90074–1275
18189082    BASCULE EQUINE UNDERWRITING          PO BOX 2502          WESTFIELD NJ 07090
18233916    BASCULE EQUINE UNDERWRITING          PO BOX 2502          WESTFIELD NJ 07090
18208646    Bank of America, N.A.          PO BOX 31785          Tampa, FL 33631–3785
18242802    Bank of America, N.A.          PO Box 673033          Dallas, TX 75267–3033
18189083    CAPITAL ONE BANK          PO BOX 31293          SALT LAKE CITY UT 84131–1293
18233917    CAPITAL ONE BANK          PO BOX 31293          SALT LAKE CITY UT 84131–1293
18189084    CAPITAL ONE NA          BY AIS INFOSOURCE LP AS AGENT          PO BOX 71083          CHARLOTTE NC 28272–1083
18233918    CAPITAL ONE NA          BY AIS INFOSOURCE LP AS AGENT          PO BOX 71083          CHARLOTTE NC 28272–1083
18189085    CAPITAL ONE NA          SUCC BY MERGER TO DISCOVER          PO BOX 3025          NEW ALBANY OH 43054–3025
18233919    CAPITAL ONE NA          SUCC BY MERGER TO DISCOVER          PO BOX 3025          NEW ALBANY OH 43054–3025
18189086    CAROLYN BECKER          23702 TURTLE COVE          LAGUNA NIGUEL CA 92677
18233920    CAROLYN BECKER          23702 TURTLE COVE          LAGUNA NIGUEL CA 92677
18179695    CENLAR          25 PHILLIPS BLVD          TRENTON NJ 08618–1430

| | | | |
|---|---|---|---|
| 18189087 | CENLAR FSB | CO ALDRIDGE PITE LLP | 3333 CAMINO DEL RIO S STE 225 SAN DIEGO CA 92108 |
| 18233921 | CENLAR FSB | CO ALDRIDGE PITE LLP | 3333 CAMINO DEL RIO S STE 225 SAN DIEGO CA 92108 |
| 18189088 | CITI CARDS | 5800 S CORPORATE PLACE | CITY OF INDUSTRY CA 91716–0701 |
| 18233922 | CITI CARDS | 5800 S CORPORATE PLACE | CITY OF INDUSTRY CA 91716–0701 |
| 18189089 | CITI CARDS | PO BOX 6789 | SIOUX FALLS SD 57117–6789 |
| 18233923 | CITI CARDS | PO BOX 6789 | SIOUX FALLS SD 57117–6789 |
| 18233924 | CITIBANK NA | 5800 S CORPORATE PL | SIOUX FALLS SD 57108–5027 |
| 18233925 | CITY OF PHOENIX | PO BOX 29100 | PHOENIX AZ 85038–9100 |
| 18233926 | CITY OF SCOTTSDALE | 7447 E INDIAN SCHOOL RD STE 110 | SCOTTSDALE AZ 85254 |
| 18233927 | CREDIT CONTROL LLC | 3300 RIDER TRAIL S SUITE 500 | EARTH CITY MO 63045 |
| 18187713 | Capital One N.A. | by AIS InfoSource LP as agent | PO Box 71083 Charlotte, NC 28272–1083 |
| 18233928 | DALE W GUNN | MARK NAYLOR | PO BOX 31938 SANTA FE NM 87594–1938 |
| 18233929 | DEFERIT INC | 2261 MARKET ST SUITE 5450 | SAN FRANCISCO CA 94114 |
| 18233930 | DISCOVER CARD | PO BOX 30939 | SALT LAKE CITY UT 84130–0939 |
| 18179697 | ELECT PORFOLIO SERVICING, LLC | 815 S. WEST TEMPLE | SALT LAKE CITY UT 84115 |
| 18233931 | GENWORTH | 31605 N 19TH AVENUE | PHOENIX AZ 85085 |
| 18233932 | GEORGIA'S OWN CREDIT UNION | 100 PEACHTREE ST NW STE 2800 | ATLANTA GA 30303 |
| 18233933 | GREAT AMERICAN INSURANCE CO | CO CAINE AND WEINER | 12005 FORD ROAD SUITE 300 DALLAS TX 75234 |
| 18233934 | HAP HANSEN STABLES | 16332 VIA DE SANTA FE | RANCHO SANTA FE CA 92091 |
| 18189090 | HDI GLOBAL INSURANCE COMPANY | CO GB COLLECTS LLC | 1253 HADDONFIELD BERLIN RD VOORHEES NJ 08043–4847 |
| 18233935 | HDI GLOBAL INSURANCE COMPANY | CO GB COLLECTS LLC | 1253 HADDONFIELD BERLIN RD VOORHEES NJ 08043–4847 |
| 18189091 | JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 7999 | ST CLOUD MN 56302–9617 |
| 18233936 | JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 7999 | ST CLOUD MN 56302–9617 |
| 18189092 | JEREMIAH HARRIS | PO BOX 1918 | CAVE CREEK AZ 85327 |
| 18233937 | JEREMIAH HARRIS | PO BOX 1918 | CAVE CREEK AZ 85327 |
| 18189093 | JPMCB CARD SERVICES | PO BOX 15369 | WILMINGTON DE 19850 |
| 18233938 | JPMCB CARD SERVICES | PO BOX 15369 | WILMINGTON DE 19850 |
| 18189094 | JPMORGAN CHASE BANK | CO THE MOORE LAW GROUP | PO BOX 25145 SANTA ANA CA 92799 |
| 18233940 | JPMORGAN CHASE BANK | CO THE MOORE LAW GROUP | PO BOX 25145 SANTA ANA CA 92799 |
| 18189095 | JPMORGAN CHASE BANK NA | CO NATIONAL BANKRUPTCY SVCS LLC | PO BOX 9013 ADDISON TX 75001 |
| 18233941 | JPMORGAN CHASE BANK NA | CO NATIONAL BANKRUPTCY SVCS LLC | PO BOX 9013 ADDISON TX 75001 |
| 18223937 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A. | c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison, Texas 75001 |
| 18237915 | Jefferson Capital Systems, LLC | PO BOX 7999 | SAINT CLOUD, MN 56302–9617 |
| 18189096 | LOU SPIVACK | 5447 E 5TH STREET 205 | TUCSON AZ 85711 |
| 18233942 | LOU SPIVACK | 5447 E 5TH STREET 205 | TUCSON AZ 85711 |
| 18189097 | MACYS CBNA | PO BOX 8113 | MASON OH 45040 |
| 18233943 | MACYS CBNA | PO BOX 8113 | MASON OH 45040 |
| 18189098 | MARICOPA COUNTY TREASURER | 301 W JEFFERSON ST SUITE 100 | PHOENIX AZ 85003–2199 |
| 18233944 | MARICOPA COUNTY TREASURER | 301 W JEFFERSON ST SUITE 100 | PHOENIX AZ 85003–2199 |
| 18189099 | MARK NAYLOR AND DR DALE GUNN | 12 SAN RAFAEL | SANTA FE NM 87506 |
| 18233945 | MARK NAYLOR AND DR DALE GUNN | 12 SAN RAFAEL | SANTA FE NM 87506 |
| 18189100 | NET CREDIT | 200 W JACKSON BLVD SUITE 2 | CHICAGO IL 60606 |
| 18233946 | NET CREDIT | 200 W JACKSON BLVD SUITE 2 | CHICAGO IL 60606 |
| 18233947 | NetCredit | 175 W Jackson Blvd Suite 600 | Chicago, IL 60604 |
| 18233948 | ONE CLAIM SOLUTIONS | 335 E GERMANN ROAD 340 | GILBERT AZ 85297 |
| 18233949 | RESURGENT RECEIVABLES LLC | RESURGENT CAPITAL SERVICES | PO BOX 10587 GREENVILLE SC 29603–0587 |
| 18233950 | RUSSELL EQUINE SPORTS MEDICINE | 16214 N NEBRASKA AVE SUITE B | LUTZ FL 33549 |
| 18189113 | Resurgent Receivables, LLC | Resurgent Capital Services | PO Box 10587 Greenville, SC 29603–0587 |
| 18233951 | SARAH OWENS NAVARRO AND CHRISTIAN GEORGE ALFONSO N | 6307 OLEANDER WAY | SAN DIEGO CA 92130 |
| 18233952 | SCHNEIDERS | 8255 E WASHINGTON STREET | CHAGRIN FALLS OH 44023 |
| 18233953 | STATEWIDE MOVING LLC | 250 INDUSTRIAL WAY | BRISBANE CA 94005 |
| 18233954 | SYNCB AMAZON PLCC | PO BOX 71737 | PHILADELPHIA PA 19176 |
| 18233955 | SYNCB CARE CREDIT | PO BOX 71757 | PHILADELPHIA PA 19176–1757 |
| 18233956 | SYNCHRONY BANK | BY AIS INFOSOURCE LP AS AGENT | PO BOX 4457 HOUSTON TX 77210–4457 |
| 18233957 | TARGET CARD SERVICES | PO BOX 660170 | DALLAS TX 75266–0170 |
| 18233958 | TD BANK USA NA | CO WEINSTEIN AND RILEY PS | 749 GATEWAY SUITE G–601 ABILENE TX 79602 |
| 18246228 | TD Bank USA, N.A. | C/O Weinstein & Riley, PS | 749 GATEWAY, SUITE G–601 ABILENE, TX 79602 |
| 18189101 | THE MOORE LAW GROUP | PO BOX 25145 | SANTA ANA CA 92799–5145 |
| 18233959 | THE MOORE LAW GROUP | PO BOX 25145 | SANTA ANA CA 92799–5145 |
| 18189102 | THEKEY | PO BOX 736438 | DALLAS TX 75373–6438 |

| | | | |
|---|---|---|---|
| 18233960 | THEKEY | PO BOX 736438 | DALLAS TX 75373–6438 |
| 18189103 | TRACTOR SUPPLY | PO BOX 70602 | PHILADELPHIA PA 19176 |
| 18233961 | TRACTOR SUPPLY | PO BOX 70602 | PHILADELPHIA PA 19176 |
| 18194430 | U.S. Bank Trust Company, National Association | Robertson, Anschutz, Schneid, Crane | 13010 Morris Road., Suite 450 Alpharetta, GA 30004 |
| 18249004 | U.S. Bank Trust Company, National Association | c/o Select Portfolio Servicing, Inc. | P.O. Box 65250 Salt Lake City, UT 84165–0250 |
| 18189105 | UPSTART | 2950 S DELAWARE STREET STE 410 | SAN MATEO CA 94403 |
| 18233962 | UPSTART | 2950 S DELAWARE STREET STE 410 | SAN MATEO CA 94403 |
| 18189107 | UPSTART NETWORK INC | CO PERITUS PORTFOLIO SVCS II | PO BOX 1149 GRAPEVINE TX 76099 |
| 18233964 | UPSTART NETWORK INC | CO PERITUS PORTFOLIO SVCS II | PO BOX 1149 GRAPEVINE TX 76099 |
| 18189106 | UPSTART NETWORK INC | PO BOX 1931 | BURLINGAME CA 94011 |
| 18233963 | UPSTART NETWORK INC | PO BOX 1931 | BURLINGAME CA 94011 |
| 18189104 | US BANK TRUST COMPANY NA | 2525 E CAMELBACK RD 7 TH FLOOR | PHOENIX AZ 85016 |
| 18233965 | US BANK TRUST COMPANY NA | 2525 E CAMELBACK RD 7TH FLOOR | PHOENIX AZ 85016 |
| 18189108 | WELLS FARGO BANK | PO BOX 5058 | PORTLAND OR 97208–5058 |
| 18233966 | WELLS FARGO BANK | PO BOX 5058 | PORTLAND OR 97208–5058 |
| 18189109 | ZWICKER AND ASSOCIATES | PO BOX 10069 | SCOTTSDALE AZ 85271 |
| 18233967 | ZWICKER AND ASSOCIATES | PO BOX 10069 | SCOTTSDALE AZ 85271 |

TOTAL: 118