

**TUCSON DIVISION**
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500

District of Arizona

*PHOENIX HEADQUARTERS*
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

**YUMA DIVISION**
John M. Roll Courthouse
98 W. 1st Street, Suite 270
Yuma, AZ 85364
800-556-9230

**FILED**

AUG 1 0 2026

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## CREDITOR CHANGE OF ADDRESS

Case No.: *2:26-bk-05144-MCW*    Chapter: *11*

Case Name: In re Elizabeth Ann Naylor and Ronald Stephen Owens

**Creditor Name:** Mark Naylor and Dr Dale Gunn

**NEW** Mailing Address: PO Box 31938

Street Address/P.O. Box Number

Suite/Apartment Number

| Santa Fe | NM | 87594-1938 |
|---|---|---|
| City | State | Zip Code |

**OLD** Mailing Address: 12 San Rafael

Street Address/P.O. Box Number

Suite/Apartment Number

| Sante Fe | NM | 87506-7529 |
|---|---|---|
| City | State | Zip Code |

Creditor Signature: _____ Date

7.15.26

CreditorAddChng/2/14