United States Bankruptcy Court
District of Arizona

In re:
ELIZABETH ANN NAYLOR
RONALD STEPHEN OWENS
Debtors

Case No. 26-05144-MCW
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0970-2 User: admin 
Date Rcvd: Aug 10, 2026 Form ID: pdf002 Total Noticed: 85

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | ELIZABETH ANN NAYLOR, RONALD STEPHEN OWENS, 11440 N. 69TH ST., SCOTTSDALE, AZ 85254-5101 |
| cr | + | Alliant Credit Union, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| 18233902 | | ADS COMENITY VIRGIN VISA, PO BOX 182273, COLUMBUS OH 43218-2273 |
| 18233905 | + | ALLIANT CREDIT UNION, CO CENLAR FSB ATTN BK DEPT, 425 PHILLIPS BLVD, EWING NJ 08618-1430 |
| 18233910 | + | ATCHLEY LAW FIRM PLC, 7255 E HAMPTON AVE STE 127, MESA AZ 85209-3313 |
| 18236831 | + | Alliant Credit Union, Central Arts Plaza, Twenty Fourth Floor, 1850 North Central Avenue, Phoenix, Arizona 85004-4527 |
| 18189082 | + | BASCULE EQUINE UNDERWRITING, PO BOX 2502, WESTFIELD NJ 07091-2502 |
| 18189086 | + | CAROLYN BECKER, 23702 TURTLE COVE, LAGUNA NIGUEL CA 92677-1676 |
| 18179695 | | CENLAR, 25 PHILLIPS BLVD, TRENTON NJ 08618-1430 |
| 18189088 | | CITI CARDS, 5800 S CORPORATE PLACE, CITY OF INDUSTRY CA 91716-0701 |
| 18233928 | | DALE W GUNN, MARK NAYLOR, PO BOX 31938, SANTA FE NM 87594-1938 |
| 18233929 | + | DEFERIT INC, 2261 MARKET ST SUITE 5450, SAN FRANCISCO CA 94114-1612 |
| 18179697 | + | ELECT PORFOLIO SERVICING, LLC, 815 S. WEST TEMPLE, SALT LAKE CITY UT 84101 |
| 18233931 | + | GENWORTH, 31605 N 19TH AVENUE, PHOENIX AZ 85085-8004 |
| 18233933 | + | GREAT AMERICAN INSURANCE CO, CO CAINE AND WEINER, 12005 FORD ROAD SUITE 300, DALLAS TX 75234-7262 |
| 18233934 | | HAP HANSEN STABLES, 16332 VIA DE SANTA FE, RANCHO SANTA FE CA 92091 |
| 18189090 | | HDI GLOBAL INSURANCE COMPANY, CO GB COLLECTS LLC, 1253 HADDONFIELD BERLIN RD, VOORHEES NJ 08043-4847 |
| 18189092 | + | JEREMIAH HARRIS, PO BOX 1918, CAVE CREEK AZ 85327-1918 |
| 18189094 | + | JPMORGAN CHASE BANK, CO THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18189096 | + | LOU SPIVACK, 5447 E 5TH STREET 205, TUCSON AZ 85711-2346 |
| 18233948 | + | ONE CLAIM SOLUTIONS, 335 E GERMANN ROAD 340, GILBERT AZ 85297-2924 |
| 18233950 | + | RUSSELL EQUINE SPORTS MEDICINE, 16214 N NEBRASKA AVE SUITE B, LUTZ FL 33549-6166 |
| 18233951 | + | SARAH OWENS NAVARRO AND CHRISTIAN GEORGE ALFONSO N, 6307 OLEANDER WAY, SAN DIEGO CA 92130-5738 |
| 18233952 | + | SCHNEIDERS, 8255 E WASHINGTON STREET, CHAGRIN FALLS OH 44023-4507 |
| 18233953 | + | STATEWIDE MOVING LLC, 250 INDUSTRIAL WAY, BRISBANE CA 94005-1006 |
| 18233958 | + | TD BANK USA NA, CO WEINSTEIN AND RILEY PS, 749 GATEWAY SUITE G-601, ABILENE TX 79602-1196 |
| 18189102 | | THEKEY, PO BOX 736438, DALLAS TX 75373-6438 |
| 18189107 | + | UPSTART NETWORK INC, CO PERITUS PORTFOLIO SVCS II, PO BOX 1149, GRAPEVINE TX 76099-1149 |
| 18189104 | + | US BANK TRUST COMPANY NA, 2525 E CAMELBACK RD 7 TH FLOOR, PHOENIX AZ 85016-9239 |
| 18233965 | + | US BANK TRUST COMPANY NA, 2525 E CAMELBACK RD 7TH FLOOR, PHOENIX AZ 85016-9239 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | Aug 11 2026 00:21:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 11 2026 00:23:00 | American Express National Bank, c/o Zwicker & Associates PC, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 11 2026 00:21:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 18233903 | | Email/Text: amscbankruptcy@adt.com | Aug 11 2026 00:23:00 | ADT SECURITY SERVICES, PO BOX 371878, PITTSBURGH PA 15250-7878 |
| 18233904 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 11 2026 00:24:07 | AFFIRM INC, 650 CALIFORNIA STREET FL 12, SAN FRANCISCO CA 94108-2716 |
| 18233906 | | Email/PDF: bncnotices@becket-lee.com | Aug 11 2026 00:24:05 | AMERICAN EXPRESS, PO BOX 60189, CITY OF INDUSTRY CA 91716-0189 |
| 18233907 | + | Email/Text: bkfilings@zwickerpc.com | Aug 11 2026 00:23:00 | AMERICAN EXPRESS NATIONAL BANK, CO ZWICKER AND ASSOCIATES PC, PO BOX 9043, ANDOVER MA 01810-0943 |
| 18233908 | | Email/Text: bankruptcy2006@apsc.com | Aug 11 2026 00:22:58 | APS, PO BOX 37812, BOONE IA 50037-0812 |
| 18189439 | + | Email/Text: bankruptcy2006@apsc.com | Aug 11 2026 00:22:58 | APS, P.O. BOX 53933, M/S 3209, Phoenix, Arizona 85072-3933 |
| 18233909 | + | Email/Text: bankruptcynotices@azdor.gov | Aug 11 2026 00:21:00 | ARIZONA DEPARTMENT OF REVENUE, TAX BANKRUPTCY AND COLLECTIONS, 2005 N CENTRAL AVE SUITE 100, PHOENIX AZ 85004-1546 |
| 18208802 | + | Email/Text: bankruptcynotices@azdor.gov | Aug 11 2026 00:21:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 18204610 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 11 2026 00:22:00 | Alliant Credit Union, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 18230985 | + | Email/Text: bkfilings@zwickerpc.com | Aug 11 2026 00:23:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 18233911 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 11 2026 00:21:00 | BANK OF AMERICA, BANKRUPTCY UNIT, PO BOX 970, NORFOLK VA 23501 |
| 18233912 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 11 2026 00:21:00 | BANK OF AMERICA BUSINESS CARD, PO BOX 15796, WILMINGTON DE 19886-5796 |
| 18189079 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 11 2026 00:21:00 | BANK OF AMERICA NA, PO BOX 31785, TAMPA FL 33631-3785 |
| 18189080 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 11 2026 00:21:00 | BANK OF AMERICA NA, PO BOX 673033, DALLAS TX 75267-3033 |
| 18189081 | | Email/Text: PBMBadDebt@bannerhealth.com | Aug 11 2026 00:21:00 | BANNER HEALTH, PO BOX 741275, LOS ANGELES CA 90074-1275 |
| 18208646 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 11 2026 00:21:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 18242802 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 11 2026 00:21:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 18189083 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2026 00:23:44 | CAPITAL ONE BANK, PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 18189084 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2026 00:23:54 | CAPITAL ONE NA, BY AIS INFOSOURCE LP AS AGENT, PO BOX 71083, CHARLOTTE NC 28272-1083 |
| 18189085 | | Email/Text: mrdiscen@discover.com | Aug 11 2026 00:21:00 | CAPITAL ONE NA, SUCC BY MERGER TO DISCOVER, PO BOX 3025, NEW ALBANY OH |

| | | | | |
|---|---|---|---|---|
| | | | | 43054-3025 |
| 18189087 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 11 2026 00:22:00 | CENLAR FSB, CO ALDRIDGE PITE LLP, 3333 CAMINO DEL RIO S STE 225, SAN DIEGO CA 92108-3808 |
| 18189089 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2026 00:23:49 | CITI CARDS, PO BOX 6789, SIOUX FALLS SD 57117-6789 |
| 18233924 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2026 00:23:49 | CITIBANK NA, 5800 S CORPORATE PL, SIOUX FALLS SD 57108-5027 |
| 18233925 | | Email/Text: cityservicesbill@phoenix.gov | Aug 11 2026 00:22:00 | CITY OF PHOENIX, PO BOX 29100, PHOENIX AZ 85038-9100 |
| 18233926 | + | Email/Text: legal@scottsdaleaz.gov | Aug 11 2026 00:21:00 | CITY OF SCOTTSDALE, 7447 E INDIAN SCHOOL RD STE 110, SCOTTSDALE AZ 85251-3922 |
| 18233927 | | Email/Text: correspondence@credit-control.com | Aug 11 2026 00:22:00 | CREDIT CONTROL LLC, 3300 RIDER TRAIL S SUITE 500, EARTH CITY MO 63045 |
| 18187713 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2026 00:23:53 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 18233930 | | Email/Text: mrdiscen@discover.com | Aug 11 2026 00:21:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY UT 84130-0939 |
| 18233932 | + | Email/Text: BANKRUPTCYNOTIFICATIONS@GEORGIASOWN.ORG | Aug 11 2026 00:22:00 | GEORGIA'S OWN CREDIT UNION, 100 PEACHTREE ST NW STE 2800, ATLANTA GA 30303-1935 |
| 18189091 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2026 00:23:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD MN 56302-9617 |
| 18237915 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 11 2026 00:23:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 18189093 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 11 2026 00:24:03 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON DE 19850-5369 |
| 18189095 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 11 2026 00:21:00 | JPMORGAN CHASE BANK NA, CO NATIONAL BANKRUPTCY SVCS LLC, PO BOX 9013, ADDISON TX 75001-9013 |
| 18223937 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 11 2026 00:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 18189097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2026 00:23:49 | MACYS CBNA, PO BOX 8113, MASON OH 45040-8113 |
| 18189098 | | Email/Text: trssvc.judgments@maricopa.gov | Aug 11 2026 00:22:00 | MARICOPA COUNTY TREASURER, 301 W JEFFERSON ST SUITE 100, PHOENIX AZ 85003-2199 |
| 18189100 | + | Email/Text: netcreditbnc@enova.com | Aug 11 2026 00:23:00 | NET CREDIT, 200 W JACKSON BLVD SUITE 2, CHICAGO IL 60606-6910 |
| 18233947 | + | Email/Text: netcreditbnc@enova.com | Aug 11 2026 00:23:00 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 18189113 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2026 00:23:56 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 18233954 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2026 00:23:45 | SYNCB AMAZON PLCC, PO BOX 71737, PHILADELPHIA PA 19176-1737 |
| 18233955 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2026 00:24:03 | SYNCB CARE CREDIT, PO BOX 71757, PHILADELPHIA PA 19176-1757 |
| 18233956 | | Email/PDF: ebn_ais@aisinfo.com | Aug 11 2026 00:23:49 | SYNCHRONY BANK, BY AIS INFOSOURCE LP AS AGENT, PO BOX 4457, HOUSTON TX 77210-4457 |
| 18233957 | | Email/Text: bncmail@w-legal.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 11 2026 00:22:00 | TARGET CARD SERVICES, PO BOX 660170, DALLAS TX 75266-0170 |
| 18246228 | | Email/Text: bncmail@w-legal.com | Aug 11 2026 00:22:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 18189101 | | Email/Text: closures@collectmoore.com | Aug 11 2026 00:22:00 | THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18189103 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2026 00:24:07 | TRACTOR SUPPLY, PO BOX 70602, PHILADELPHIA PA 19176-0602 |
| 18249004 | ^ | MEBN | Aug 11 2026 00:17:48 | U.S. Bank Trust Company, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 18194430 | + | Email/Text: RASEBN@raslg.com | Aug 11 2026 00:21:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 18189105 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 11 2026 00:22:00 | UPSTART, 2950 S DELAWARE STREET STE 410, SAN MATEO CA 94403-2577 |
| 18189106 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 11 2026 00:22:00 | UPSTART NETWORK INC, PO BOX 1931, BURLINGAME CA 94011-1931 |
| 18189108 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 11 2026 00:24:04 | WELLS FARGO BANK, PO BOX 5058, PORTLAND OR 97208-5058 |
| 18189109 | | Email/Text: bkfilings@zwickerpc.com | Aug 11 2026 00:23:00 | ZWICKER AND ASSOCIATES, PO BOX 10069, SCOTTSDALE AZ 85271 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | ZCHAPTER 11 FMC |
| cr | | Alliant Credit Union |
| 18179696 | | ARAH AND CHRISTIAN NARVARRO |
| 18233913 | * | BANK OF AMERICA NA, PO BOX 31785, TAMPA FL 33631-3785 |
| 18233914 | * | BANK OF AMERICA NA, PO BOX 673033, DALLAS TX 75267-3033 |
| 18233915 | * | BANNER HEALTH, PO BOX 741275, LOS ANGELES CA 90074-1275 |
| 18233916 | *+ | BASCULE EQUINE UNDERWRITING, PO BOX 2502, WESTFIELD NJ 07091-2502 |
| 18233917 | *+ | CAPITAL ONE BANK, PO BOX 31293, SALT LAKE CITY UT 84131-0293 |
| 18233918 | * | CAPITAL ONE NA, BY AIS INFOSOURCE LP AS AGENT, PO BOX 71083, CHARLOTTE NC 28272-1083 |
| 18233919 | * | CAPITAL ONE NA, SUCC BY MERGER TO DISCOVER, PO BOX 3025, NEW ALBANY OH 43054-3025 |
| 18233920 | *+ | CAROLYN BECKER, 23702 TURTLE COVE, LAGUNA NIGUEL CA 92677-1676 |
| 18233921 | *+ | CENLAR FSB, CO ALDRIDGE PITE LLP, 3333 CAMINO DEL RIO S STE 225, SAN DIEGO CA 92108-3808 |
| 18233923 | * | CITI CARDS, PO BOX 6789, SIOUX FALLS SD 57117-6789 |
| 18233922 | * | CITI CARDS, 5800 S CORPORATE PLACE, CITY OF INDUSTRY CA 91716-0701 |
| 18233935 | * | HDI GLOBAL INSURANCE COMPANY, CO GB COLLECTS LLC, 1253 HADDONFIELD BERLIN RD, VOORHEES NJ 08043-4847 |
| 18233936 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD MN 56302-9617 |
| 18233937 | *+ | JEREMIAH HARRIS, PO BOX 1918, CAVE CREEK AZ 85327-1918 |
| 18233938 | *+ | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON DE 19850-5369 |
| 18233940 | *+ | JPMORGAN CHASE BANK, CO THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18233941 | *+ | JPMORGAN CHASE BANK NA, CO NATIONAL BANKRUPTCY SVCS LLC, PO BOX 9013, ADDISON TX 75001-9013 |
| 18233942 | *+ | LOU SPIVACK, 5447 E 5TH STREET 205, TUCSON AZ 85711-2346 |
| 18233943 | *+ | MACYS CBNA, PO BOX 8113, MASON OH 45040-8113 |
| 18233944 | * | MARICOPA COUNTY TREASURER, 301 W JEFFERSON ST SUITE 100, PHOENIX AZ 85003-2199 |
| 18233945 | *+ | MARK NAYLOR AND DR DALE GUNN, 12 SAN RAFAEL, SANTA FE NM 87506-7529 |
| 18233946 | *+ | NET CREDIT, 200 W JACKSON BLVD SUITE 2, CHICAGO IL 60606-6910 |
| 18233949 | * | RESURGENT RECEIVABLES LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE SC 29603-0587 |

| | | |
|---|---|---|
| 18233959 | * | THE MOORE LAW GROUP, PO BOX 25145, SANTA ANA CA 92799-5145 |
| 18233960 | * | THEKEY, PO BOX 736438, DALLAS TX 75373-6438 |
| 18233961 | *+ | TRACTOR SUPPLY, PO BOX 70602, PHILADELPHIA PA 19176-0602 |
| 18233962 | *+ | UPSTART, 2950 S DELAWARE STREET STE 410, SAN MATEO CA 94403-2577 |
| 18233963 | *+ | UPSTART NETWORK INC, PO BOX 1931, BURLINGAME CA 94011-1931 |
| 18233964 | *+ | UPSTART NETWORK INC, CO PERITUS PORTFOLIO SVCS II, PO BOX 1149, GRAPEVINE TX 76099-1149 |
| 18233966 | * | WELLS FARGO BANK, PO BOX 5058, PORTLAND OR 97208-5058 |
| 18233967 | * | ZWICKER AND ASSOCIATES, PO BOX 10069, SCOTTSDALE AZ 85271 |
| 18189099 | ##+ | MARK NAYLOR AND DR DALE GUNN, 12 SAN RAFAEL, SANTA FE NM 87506-7529 |

TOTAL: 3 Undeliverable, 31 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER JAMES DUTKIEWICZ | on behalf of Creditor Alliant Credit Union ecfazb@aldridgepite.com april@azdebtattorney.com,dutkiewicz.christopherj.r102207@notify.bestcase.com,dmbankruptcylawgroupllc@jubileebk.net,dutkiewicz.christopherj.r102207@notify.bestcase.com |
| JENNIFER A. GIAIMO | on behalf of U.S. Trustee U.S. TRUSTEE Jennifer.A.Giaimo@usdoj.gov |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor Alliant Credit Union ecf@tblaw.com |

TOTAL: 3

**SO ORDERED.**

Dated: August 7, 2026

Madeleine C. Wanslee, Chief Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

**MINUTE ENTRY**

***Hearing Information***

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Madeleine C Wanslee |
| Case Number: | 2:26-bk-05144-MCW |
| Debtor(s): | ELIZABETH ANN NAYLOR and RONALD STEPHEN OWENS |
| Chapter: | 11 |
| Date and Time: | 08/06/2026 2:30 PM |
| Location(s): | PHX-702 |
| Courtroom Clerk: | Tayler Hall |
| Electronic Court Recording Operator: | Michelle Radicke-Stevenson |

***Matter(s)***

MATTER 1: DEBTORS' MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO 11 U.S.C. § 1112(b)(1) AND RELATED RELIEF
R/M #:57

MATTER 2: CONTINUED CHAPTER 11 STATUS CONFERENCE
R/M #:16

***Appearances***

JENNIFER A. GIAIMO, ATTORNEY FOR U.S. TRUSTEE
ELIZABETH ANN NAYLOR, DEBTOR
RONALD STEPHEN OWENS, DEBTOR

***Proceedings***

Ms. Giaimo states the U.S. Trustee's position in support of dismissal and informs the Court that her office received an accounting of the GoFundMe funds and bank statements. The investigation revealed disturbing material warranting conversion or dismissal. She believes dismissal with a two-year bar to refile is appropriate.

In response to the Court's questions about the investigation results and the U.S. Trustee's recommendation for dismissal, Ms. Giaimo states that this case was filed in bad faith and that a two-year bar would provide sufficient deterrence to prevent another filing that would interrupt creditors from pursuing their rights. She further states that the two-year period would allow the Debtors sufficient time to work with the mortgage company regarding the foreclosure and allow creditors to pursue their rights in state court. Given the Debtors' financial situation, she does not believe conversion is appropriate.

Ms. Owens states that they agree with dismissal and the two-year bar. She disputes any insinuation of fraudulent intent or bad faith, nothing that the Debtors are proceeding pro se. She expresses that she cooperated fully and provided the documents to ensure complete transparency. She further expresses her gratitude for the GoFundMe contributions.

COURT: THE COURT FINDS AND CONCLUDES THAT CAUSE EXISTS UNDER 11 U.S.C. §1112(b) TO DISMISS OR CONVERT THIS BANKRUPTCY CASE.

THE RECORD DEMONSTRATES THAT THE DEBTORS ARE UNABLE TO SATISFY THE OBLIGATIONS IMPOSED UNDER CHAPTER 11 AND THERE IS NO REASONABLE LIKELIHOOD OF A SUCCESSFUL REORGANIZATION WITHIN A REASONABLE PERIOD OF TIME.

THE COURT FURTHER FINDS THAT DISMISSAL, RATHER THAN CONVERSION, IS IN THE BEST INTERESTS OF THE CREDITORS AND THE ESTATE. THE RECORD REFLECTS SIGNIFICANT FAILURES TO COMPLY WITH CHAPTER 11 REQUIREMENTS AND DEMONSTRATES THAT DISMISSAL WITHOUT PREJUDICE WOULD NOT ADEQUATELY PROTECT THE INTEGRITY OF THE BANKRUPTCY PROCESS.

THE COURT FURTHER NOTES THAT DEBTORS HAVE FILED MULTIPLE BANKRUPTCY CASES.

ACCORDINGLY, A PERIOD RESTRICTING THE DEBTORS FROM SEEKING FURTHER RELIEF IN BANKRUPTCY IS APPROPRIATE. IN LIGHT OF THE MULTIPLE ERRORS, MISSTATEMENTS, AND POSSIBLE MISREPRESENTATIONS REFLECTED IN THE RECORD, THE COURT FINDS AND CONCLUDES THAT A TWO-YEAR BAR TO FILING A NEW BANKRUPTCY CASE WILL FURTHER THE PURPOSES OF 11 U.S.C. §§ 105 AND 349(a) BY PROTECTING THE BANKRUPTCY PROCESS AND DISCOURAGING ABUSIVE OR PREMATURE REFILINGS.

DURING THE TWO-YEAR PERIOD, GOFUNDME CLAIMANTS AND OTHER CREDITORS MAY PROSECUTE ANY CLAIMS AND CAUSES OF ACTION AGAINST THE DEBTORS IN STATE COURT.  OTHER ACTIONS AGAINST THE DEBTORS MAY ALSO PROCEED. THE BAR IS APPROPRIATELY TAILORED TO THE CIRCUMSTANCES, AND THE DEBTORS HAVE STIPULATED AND AGREED ON THE RECORD TO ITS IMPOSITION.

**FOR THESE REASONS, THE DEBTORS' MOTION FOR VOLUNTARY DISMISSAL IS GRANTED AND THE COURT ADOPTS THE U.S. TRUSTEE'S RECOMMENDATION FOR A TWO-YEAR RE-FILIING BAR DATE. THIS CHAPTER 11 CASE IS DISMISSED FOR CAUSE UNDER 11 U.S.C. § 1112(b). THE DISMISSAL OF THIS CASE IS WITH PREJUDICE TO THE FILING OF ANY BANKRUPTCY PETITION BY EITHER DEBTOR, UNDER ANY CHAPTER OF THE BANKRUPTCY CODE, FOR A PERIOD OF TWO YEARS.**

THE TWO-YEAR BAR TO REFILING SHALL BEGIN ON THE DATE OF ENTRY OF THIS MINUTE ENTRY ORDER.

HONORABLE MADELEINE C. WANSLEE
DATED AND SIGNED ABOVE

Notice sent through the
Bankruptcy Noticing Center "BNC"
to the following:

ELIZABETH ANN NAYLOR
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254

RONALD STEPHEN OWENS
11440 N. 69TH ST.
SCOTTSDALE, AZ 85254